FILED

2015 DEC -7  PM 4:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

Mahmoud Mohamed Mahmoud

Mahmoud.mahmoud@aol.com

396 s California Ave#2924
West Covina, California 91793

Phone: 626.560.5101

Plaintiff in pro per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAMOUD M. MAHMOUD** <br> **Plaintiff,** | ) **NO.CV 15-7763-GW (KLS)** <br> ) **Jury Trial Demanded** |
| **v** | ) **Second Amended Complaint** <br> ) **For Damages & Injunctive Relief** <br> ) **Pursuant To: 42 U.S.C. 1983** <br> ) |
| **CORINNE LUNA, et al,** | ) <br> ) |
| **Defendants** | ) <br> ) |

## Plaintiff Second Amended Complaint

**To The Honorable Judges of The Set Court:**

### Jurisdiction

1. This court has jurisdiction under 28 U.S.C.1331 Federal questions

Jurisdiction arises pursuant to 42 U.S.C.1983.

### VENUE

2. Venue is proper pursuant to 28 U.S.C 1391 because the defendants

Are a federal government official the plaintiff lives in this district.

Complaint

**Parties**

3. Plaintiff "Mahmoud Mohamed mahmoud" a California resident who is Proceeding *pro se,* filling a second amended complaint alleging wrongdoing and race discrimination by numerous federal officers and private actors.

4. Defendant "Corinne Luna" is sued in her individual capacity as field office director at the department of homeland security district 23, located at 300 N. Los Angeles Street, Los Angeles, California 90012.

5. Defendant "Laura Patching"& Jane E.Arellano are sued in their Individual capacity as chief of the Office of citizenship and district director  at department of homeland security district 23, located At: 300 N. Los Angeles Street, Los Angeles, California 90012.

6. Defendants Robert Cowan, James Mc cament and Susan M Curda are sued in their individual Capacity as chief of USCIS, and district director of the department of Homeland Security, district 23 located at: 300 N. Los Angeles Street, Los Angeles, California 90012.

7. Defendants "Linda Johnson" and "Mr. Danielle" are sued in Their individual Capacity as supervisor at the department of homeland security, district 23 Located at: 300 N. Los Angeles Street, Los Angeles, California 90012.

8. Defendants A. Bond, Claudia Escoto and Esther Castfieda are sued in their individual Capacity as employees of the department of homeland security, district23 Located at: 300 N. Los Angeles Street, Los Angeles, California.

9. Defendant officer Speec, USCIS, D23, and unknown officers and

Complaint

Finger print technical names from Application Support Center, USCIS

 EL MONTE, 9251Garvey Ave, Golden Vista Plaza, Unit Q, So. El
Monte, CA. are sued for their individual capacity.

10. Defendant Adam Pearl is sued in his individual capacity as
attorney of the U.S. Immigration Court located at606 olive Street, Los
Angeles, CA90014.

## Statement of Facts

11. Since the United States of America federal laws prohibit discrimination

 On the basis of disability, race, color, or national origin. And since that

I am very quiet sure, that there's "pattern or practice" that there is more

Than single incident of discrimination and that there is a policy or repeated

Conduct that is discriminatory.

12. I believe, I have been discriminated against, because of my race, color

Religion or my national origin, including limited English proficiency,

By the department of homeland security "district23", directors, chief of

The office of citizenship, chief of USCIC (OLA) and supervisors and

Officers of DHS district 23, whom I mentioned their names, titles, and

Their work addresses, above in my complaint, those who pushed a large

Number of city of Los Angeles Mayors, city councils and entire Los Angeles

Police Departments to do so.

complaint

13. Plaintiff stating that, he faced a great course of harassment,

discrimination, and Very bad treatment, each time he goes, to the USCIS EL

MONTE, Application

Support Center, Located at: 9251 Garvey Ave. Golden Vista Plaza, Unite Q

So .EL Monte, CA91733, to have his photo taken and to do finger print, and

to Complete the process of his I-90 Application to replace Alien registration

Card USCIS  A070532464 from the period Nov.1st,2006, to September,

2013 from  Employees working at the office there, especially employees the

photos and finger Print.

14.Plaintiff stated that, the reason for that course of harassment,

discrimination and the bad treatment was because of Notice

Immigration Naturalizations

Services" dated June 13, 2001, which was sent by officer "M. Chica110"

the immigration and Naturalization services, 300 N. Los Angeles Street, Los

Angeles, California90012.  [Exhibit A   ].


To the plaintiff previous home address located at:21707 Saticoy street,

Canoga Park, California, 91304.

<div align="center">Complaint</div>

That letter notice from the INS. Created big trouble to the plaintiff, and

made his Life miserable, and plaintiff faced too much harassment, and

questioned from DHS"district23" and even told to leave the district, and not

to come any more, by officers and supervisors district 23, and that no case

from him at the district,

 The reason the officer sent him the letter notice was inedited and in jail, and

Plaintiff does not have any thing to do with that, or any knowledge what 'so

ever,

      And each time plaintiff goes there, to inquire about his case with DHS

      "district23". The last time plaintiff was there to get work permit,

      On or about February, 2014, since he was granted Asylum by Judge

      O'Sullivan, Judge the US. Immigration Court, on November 5th,

      2013Since he has the right to obtain Employment Authorization Card.

      Plaintiff, while he was at room #1001 at DHS, D23, to ask questions

complaint

The officer Lady (without uniform), thrown his paper work at his face

Plaintiff complained to her supervisor on duty, about her bad

treatment, and her misconduct, the same day he was there.

Plaintiff asserting :on August 10, 1992  he adjusted his states,[Exhibit A]

On or about date October, 1992 , I left the united states, with approval

advance parole ,Issued for me by the INS office located at Newark ,

Jersey City, State of New Jersey , as my request to go and visit my home

country Alexandria , Egypt , the reason my family house was effected by

the earth quick happened at that time.

The approval advance parole was delivered by me to officer the

immigration at JFK air port, New York, New York State upon my arrival

to the USA at JFK air port on date: **December, 26 1992**."Exhibit A"

- **I paid for the green card more than five times, and is just**
  **the green card never comes, although I made an interview at**
  **the Immigration office,located at Newark new jersey , jersey**
  **city, on date Friday 9/24/1993** and copy notice attached and the
  interview was with Mr. ice supervisor office of the immigration at

  o **complaint**

Newark , Jersey City, the State of New Jersey. After the interview

Mr. ice told me to go home and you will receive the decision mail.

<div align="center">Complaint</div>

- On or about Oct.31,1995, I applied for Employment Authorization and
- I received denied for my application, while my residency in New Jersey.

- **on date July 4th,1998**,when I arrived, to LAX Airport, the State of

- California, trying to find work , I applied for employment authorization to

- Work, on year 1999 and I received approval for my application.

- **On Year 2001 I tried to renew my work permit**

- Ins ,Los Angeles, denied my case for the application I-765 and send me  the notice : that the reason for the denial :

**"The applicant is a law full permanent resident, if your client has**

**Not received an Approval notice and /or the alien registration card,**

**filing an**

**I-90 may be necessary."**

- (Copy attached).  I believe, this notice dated **06/13/2001** was as a Result to :

- my interview, with supervisor the immigration office , Newark , jersey city  New Jersey 07103 on date, August 16, 1993 or Friday, Sep. 24th, 1993 [ Exhibit   ]
- This was never received during my residency at the state of New Jersey.

1  On or about May 6, 2002 I had false arrest; my property was attacked by

2  LAPD, US. Customs Border Protection (ICE), and other (DA) detectives

3                                Complaint

4  Plaintiff  asserting,  on or about August 24th,2002, I turned my application

5  for Adjustment of Statues to A Lawful Permanent Resident , since I have

6  Document dated June 13,2001, from the same office , saying that ': The

7  Applicant is a law permanent resident, Filling I-90 well  be necessary.

8

9  That's why I turned my application for Adjustment of statues under the

10  registry law, To Ms**. A Bond   "** officer immigration in DHS, Los Angeles.

11

12   **Defendant Ms. A Bond**, badge #110, immigration officer, was at all the

13  times working at:

14  Room 1001, Department of Homeland Security, located at:300 N.

15  Los Angeles Street, Los Angeles, CA 90012 .sued for her individual

16  capacity Ms. A Bond requested from me to come to check on my application

17  after one to three months.

18

19  .On and about September 2 9th, 2002, I was there at Ms .A Bond office to

20  check on my application for a law permanent resident and to obtain a green

21  card, Ms. A Bond and her supervisor [white American Lady] both gave me a

22  very hard time, and advised me to go home, before they call the security on

23  me , both were claiming that I do not have A case with them , and they are

24  going to terminate my immigration file:A070532464 .

25

26   I remember when that happened on date December 9th, 2002, I went to the

27  next officer, next to window Ms. Bond and I was shocked, because of

28  treatment Ms.

A Bond and her supervisor that day, the officer next to Ms. Bond explained
to me to go upstairs to office "MOTION TO REPON RECONSIDER" to
<center>Complaint</center>
have my immigration Case our subject # A070532464 to reopen and
reconsider again , I did and I have the receipt #0116 dated December 9th,
2002 from THE US DEPT OF JUSTICE, INS LOS ANGELES.  EXHIBIT


 On or about March 30, 2003 they sent me "A  Notice of termination" letter
attached dated 03/30/2003, asking me to leave the USA. [EXHIBIT    A   ].

31, from year 2003 to year 2005, I tried to get work permit, each time I go
To office The DHS, district 23, I face harassment and race discrimination,
for No Reason And the officers there, they tell me to go home and you well
receive the  Decision On Your work permit by the mail, until I received
denied for my application for my work permit on year 2005.

32.On or about November 1, 2006, I tried again to get my green card by
applying one more time , and after ,   I paid the fees of amount us.$190.00
Receipt # MSC 07-800-23170 , and after my photos and my finger print
were taken by office Application Support Center, EL MONTE,
CALIFORNIA. (Exhibit A)

33 On or about 8/01/2007 The department of home land security, asked for

my removal procedure to be processed by The US. Immigration Court.

**Case GA 051132, was file creation, false arrest, Assault, deprivation**

1    **And conspiracy**.( **I was Arrested on 5/6/2002**) see Pasadena defendants.

2

3                                complaint

4    Since on **May 5th, 2008**, I turned my application to renew my Security

5    officer Guard Card#529365 to Bureau of Security and Investigative

6    Services, West Sacramento, California, and my application has been **denied,**

7    **because I did not** Reveal on my application the felony for my court case

8    #GA051132.

9      On or about date Sep.29, 2009 and after I appeared in-front of the

10

11   **"Private Security Disciplinary Committee, Bureau of Security and**

12   **Investigative Services"**    (Exhibit A).

13

14   And I explained to the Committee, what happened on date May 6, 2002, and

15

16   Why I have a felony on my record, The Committee thankfully were very

17   much understood and they ruled in my side, and then on October 28, 2009 I

18   received the decision:

19

20   24. That the Committee ruled in my favor, and I should receive my

21   Certificate, within three weeks.

22

23   On or about June 6, 2008, I had "attempt to murder" Auto car Accident,

24

25        _**Defendant:City of Baldwin Park &Defendant amira shalaby**_

26               _**Auto Car Accident 6.6.2008**_

27   _**34. On date June 6, 2008 defendant Ms. Amira Shalaby**_   committed

28   "attempt to murder" first and second degree on date June 6, 2008, she

1   Damaged my vehicle Lincoln town car front end completely, CA License

2   plate No.3WPK026 on St.,: Live Oak ,Baldwin Park, CA .Inside waste

3                                            Complaint

4   Management San Gabriel valley. Police report no. **08-18522** by officer

5

6   Kamjia from Baldwin Park police department. And neither my insurance,

7

8    Nor she paid me any money, my Insurance policy number ACA021681582

9

10    and all state,  claim adjuster refused to pay for my total damage more than

11

12   $15,000.oo   until now, although I complained to the California insurance

13

14   department. two times , however, California insurance dept. turned my

15

16   Complain down and covered my accident up, with all State. [Amira shalaby

17

18   Was Received US. $1700.] From Affirmative insurance Company, my

19

20   insurance, and I fixed my vehicle on my own and my Insurance never pay

21   me.    (Exhibit A).

22   My  court hearing  date was May 2nd,2008, for the US. Immigration Court

23   located at 606 olive street, Los Angeles, California, 90014.and my next court

24

25   Hearing was November 7th, 2008.

26

27   . (This auto car accident happened after I Received Notice removal

28

1  Procedure and court hearing dated 08/01/2007).

2

3  <center>Complaint</center>

4  <center>**<u>Defendants City of Pasadena, et al</u>**</center>

5  36. On or about **sep.18th, 2008, Defendant Mr. Jerome**, was all the time

6

7  and time the incident happened resident at centennial place, 235 E. Holly St.

8

9  Pasadena, CA 91103, is sued for his individual capacity.

10

11  Since he committed crime, by dropping, two microwaves, next to my head

12

13  From third floor the Centennial Place, located at: 235 E. Holly Street,

14

15  Pasadena, CA91103, while I was performing my security Guard duty, since I

16

17  Was working for Access Control Security, INC. (Exhibit A )

18

19   Pasadena police department, and my company supervisor been notified by

20

21  the accident, same day and time, and property manager as well.

22

23  On or about March 10th, 2009 I received notice DHS approved for filling.

24

25  On or about **May 20, 2009**: <u>I had A poison Food in YMCA Glendale</u>

26

27  Defendants Name of City of Glendale, California are:

28

Mayor Ara Nigerian, city council Paula Devine, city council Laura

complaint

Friedman, city council Vartan Gharpetian ,Zareh sinanyan, and chiefs'

Police Robert Castro and Captain and officers City of Glendale, State of

California (All of them are sued for their official and individual capacity.)

I believe, I have been discriminated against, because of my race, color,

Religion or my national origin, including limited English proficiency by the

city of Glendale, city officials and police department, located

At: 813 E Broadway, Glendale, CA 91206- phone 818.548.4844.those

Whom receiving federal financial assistance.

Since The above mentioned city officials and police captains and officers

Names, been pushed by the department of home land security to harassing

And discriminating and "attempt to murder "me personally by Food poison

from the period May 20, 2009 until today date August 1, 2015

Police captains and officers of the city of Glendale still following me to

Each place I go, in Glendale city, either to conduct business, Or to buy

Complaint

Something for myself, which is not appropriate or acceptable, and that there

Is a policy or repeated conduct that is discriminatory.


Since On and about date **May 20th, 2009,** I had a poison food, while I was

living at YMCA,CITY OF GLENDALE, at the third floor of YMCA

building, the front desk manager of YMCA, Glendale, did not care about

me, he did not help with me necessary emergency medicine, and the

manager, and people in presence that time,

Were all watching and observing, even the cap driver living with us, refused

to take me, To Adventist Glendale center hospital even after I offered him

money.

**Even, Glendale City Fire Department had me, walk on my legs to their**

**Truck**

I was at Adventist Glendale center hospital emergency room on date

5/20/2009


I filled complaint with office California attorney general (exhibit     )


*My next US. Immigration Court hearing date was on: **August 7, 2009 at:**

606 South olive street, 14th.Floor Court Room G, Los Angeles, California

90014.And the one next to that one was January 29, 2010.

On or about March 10th, 2010 another notice for the green card application

receipt # MSC 07-800-23170.

## Defendants Temple City &owner the Apartments . Building
## 7000&7016 ROSEMEAD BLVD SAN GABRIEL, CA 91775

complaint

On or about September, 2010:

Defendants Temple City Names:

**Mayor temple city Mayor Tom Chavez, Vincent Yu Mayor pro Tempore**

**William Man Councilmember, temple city police department Captain Coronne L. Jacob,**

**Deputy David March and Harold Blevins" all defendants are sued for their individuals and official capacity."**

Defendants Address: 8838 Las Tunas Dr. ,Temple City ,CA91780

I believe, I have been discriminated against, because of my race, color, religion or my national

origin, including limited English proficiency by the city of Temple city officials and police department, located

At: 8838 Las Tunas Dr. Temple City, CA 91780- phone: 626.285.7171.those whom receiving federal financial assistance.

Since The above mentioned city officials and police captains and officers names been pushed by the department of home land security to harassing and discriminating and "attempt to murder "me personally from the period September, 2010 until today's date.

I had A deadly car accident on date sep, 2010 : I use to live at #7016 N Rosemead Blvd. city of san Gabriel ,CA 91775 , The property  has private gated Parking Lot, [someone cut the alternator Sear belt for my

Lincoln Town car 97, CA Lice. Plate 3 WPK026. While I was driving on Glendale Free Way, The Sear belt of the Alternator cuts off, and I lost complete control on my vehicle then I hardly pulled over to the emergency side of the Glendale free way, it was towed by city tow truck to

ANDY'S AUTO CENTER, INC

LOCATED AT:  925 s. Verdugo RD. Glendale, A 91205 for Repair. MY NEXT COURT

HEARING REOMVAL <u>PROCEEDING DATE WAS OCT.01, 2010. At The US. Immigration court, 6 olive street, L A, CA 90012.</u>


Police captains and officers of the city of temple city still following me to each place I go ,  in temple city ,eit
**<u>Defendant Mr.Robert M.Cowan, Director HDS"district23"</u>**


69. On or about September 14th,2010 Defendant  Director Mr. Robert M.Cowan ,"/LA0095" (sued for his official and individual capacity), the reason for that: Mr. Robert

On 09/14/2010, cancelled and stopped production of My Green Card

Application Receipt #MSC-07-800-23170, which was approved on March

10, 2009, and Also approved on Feb.22, 2011,[ page 50, 51, 68,69 from my

1

2  FOIA File # A070532464]   [ Exhibit       ].

3

4  "Came on" notice denied decision" dated 9/14/2010,

5

6  Upon consideration, it's ordered that your application to replace permanent

7

8  Resident card [form I-90] filed on November 1,2006 pursuant to Title 8,

9

10  Code of Federal Regulation, Part, 264.5  be **Denied** for the following reason:

11

12  **" An-I-90 application filed ..must include the prior permanent resident**

13  **card or other evidence of permanent residence or commuter status"**

14

15  Although I included notice the INS, dated June 13th,2001, and the approval

16

17  notice from USCIS, dated March 10th, 2009 as support evidence, however,

18

19  Mr. Robert Cowan ordered that my application.

20

21  To replace permanent resident filed on November 1st, 2006 to be denied,

22  without appeal to that decision .

23

24  Which is neither fare for me nor for my family, since I am legal alien with

25

26  Green Card, I came Legal and I am in the USA., for more than 27 years,

27  been prevented From seeing my family for long period of time exceeded 17

28  years, been treated

Treated Unfairly eit her to conduct business, Or to buy Something for myself,  which is not appropriate or acceptable, and that there

is a policy or repeated conduct that's discriminatory.

on or about  Nov.5th,2010  I contacted the U.S. Department of Homeland

Security, USCIS, on to inquire on the status of my I-90 application Receipt

MSC 07-800-23170.

36. On or about Monday, November 8, 2010, I received by mail their respond to my inquiry[ from DHS, USCIS, 300 N.LOS ANGELES STREET, LOS ANGELES, CALIFORNIA 90012 on the status of my I-90 Application to replace Permanent Resident Card. Their letter respond said that the USCIS **denied** my I-90 case receipt #MSC-07-800-23170, and a notice explaining their decision was sent on July 29, 2010, To the address they have on file , and they are not able to extend the period for me to file

Appeal from this decision. Therefore, in order to re-apply, you will need to

File a new I-90 Application.

**On or about December15th, 2011: I had A Truck Accident**

## **Defendants City Of Los Angeles**

**Defendants City of Los Angeles Names:**

Against Mayor and city council of city Los Angeles and Both Chief Los Angeles

Airport& city of Los Angeles Police Department Supervisors and Police officers

Address: 100 w 1st. Los Angeles street. Los Angeles. CA90012

I believe, I have been discriminated against, because of my race, color, religion or my national origin, including limited English proficiency, by those city officials and police supervisors and officers of the city of Los Angeles , And LAX airport both chief police

Departments mentioned in my complaint, those who receiving federal financial assistance, for the following: "attempt to murder" first and second degree,

Police misconduct, harassment, discrimination and police brutality.

**1.Pushing captains ,supervisors, officers city of los Angeles, Participated with the department of home land security [300 N .Los Angeles Street,**

**Los Angeles,** California 91001]   , right after I received Notice "Removal

procedure and to appear in U.S. Immigration court [notice dated 8/01/2007]

To "attempt to murder" me personally, by causing me serious automobile

accident on date 12/15/2011:


My car ford escort model 1999 accident on December 15, 2011

    1. Distributing notice to the California bar association, and all law

    2. Offices , in the state of California, to not to take on my court case

    #BC524336 at Stanley mock Courthouse

3. Notifying the three law offices on my "attempt to murder" first and

Second degree to consider it regular car accident

And causing me and my family serious financial hardship, and not to show

Up in court trial date April 1, 2015, April 15, 2015

Due to that I lost my case, after West Covina police department, police

harassment and brutality on date 04/14/2015

Which prevented me from showing up in court hearing date 4/15/2015

[details enclosed down my complaint]





- •
- **MY CAR FORD MODEL1999 WAS DAMAGED COMPLETLY ON THE STREET :E/B LOS FLEIZ Blvd. W/B Hobart PL. LOS ANGELES CALIFORNIA – Police Report available**

- **ON DATE: DECEMBER 15, 2011. Time: 4:00PM.**

**<u>Defendant Adam Jacob Bar Wick, et al</u>**

**<u>Truck driver damaged my auto car Ford escort model 99</u>**

38. On or about **December 15th, 2011**. TRUCK DRIVER MR. ADAM JACOB

BAR WICK, OWNER ADAM BAR WICK ELCTRICIRT ET AL, SUED

FOR His individual, and his corporation capacity, since on or about

December 15,2011 time 4:00PM on the Street: E/B LOS FLEIZ Blvd. W/B

Hobart PL. LOS ANGELES CALIFORNIA – Police Report By officer

Noriega, ram 2A91 □ Serial Number 40572.

39. Driver the electricity truck Mr. Adam Jacob Bar wick, damaged my

Vehicle.

40.Came very speeding from my left side to my lane left side and hit my

vehicle, And injured me very Badly.

41.I sustained injuries to my Neck, lower and my upper back ,left side arm

And shoulder, I been diagnosed Inguinal Hernia, As well As Multiple

Herniated disk in my Spine.

42. Due to these injuries, I to avoid prolonged sitting, standing, and prolonged Standing.

43. Driver the electricity Truck Mr. Adam Jacob Bar Wick, Was main intend and purpose is to get me killed, since I get hit by him and his Ford super duty truck, CA lic.plate#6U22740 from my left side driver vehicle [Ford Escort 1999] Ca license  Plate #5DWV720   and I believe he is "an attempting To Murder" First and second Degree.

44. since: Mr. Adam Bar wick ,time my car accident , Mr. Adam saw me by his right side mirror  of his ford F450 super duty truck  color white VIN#IFDXW46F91ED86899. And although I was yelling and screaming  to him hey ..hey..hey stop .. stop. stop , however, Mr. Adam still and continuing pushing me hardly to the street of Los Fleiz  Blvd .Pavement. I am quite very sure that Mr. Adam Bar wick by doing so, he is to be Found "Attempt to murder "with First and second Degree.

45. On December 15, 2011, I was operating my vehicle in a reasonable and prudent manner, with due caution and regard for the motor vehicle laws of the State of California.

46. **Defendant Adam Bar wick**, failed to maintain control of his truck and With unreasonable speeding, from far left side crossed over the center lane of my left side vehicle, striking, the left and my front end side vehicle.

## COUNT I

47. NEGLIGENCE (DEFENDANT ADAM BARWICK)

complaint

Plaintiff here by incorporate paragraph No.38 to No. 46 of this complaint fully as if the allegations were set forth fully herein.

48. Defendant Adam Jacob Bar wick had a duty to act reasonably and use due care while driving.

49. Defendant Adam had a duty to pay attention to traffic, to maintain a proper look out, to obey traffic control devices, to obey the laws and rules of the state of California.

50. To maintain proper speed of the condition, to reduce the speed of his truck to avoid an accident, to maintain a proper distance between vehicles, to stay to right side of the road.

51. To maintain his vehicle within his lane and to pay full time and attention to the operation of his vehicle and to avoid collision.

52. Defendant Adam Bar Wick breached that duty of due care by failing To pay proper attention to the roadway and the traffic, failing to maintain a proper lookout, failing to obey the traffic control device, failing to obey the

laws and rules of the state of California.

53. Failing to maintain a proper speed for the conditions, failing to reduce speed of his truck to avoid an accident .

54. Failing to maintain a proper distance between vehicles, by failing to control the vehicle in order to avoid a collision, failing to maintain his

vehicle in his travel land and collided with plaintiff's vehicle.

55. As a direct and proximate cause of the negligence of defendant Adam Bar wick.

56. Plaintiff Mahmoud suffers from permanent Physical injuries.

57. Conscious mental anguish, pain and suffering in the past and in the Future, past medical expenses and future medical expenses.

58. All of the above damages were directly and proximately caused by The aforementioned negligence of defendant Adam Bar wick, and were Incurred with contributory negligence or assumption of the risk on the part of plaintiff, or an opportunity for plaintiff to avoid the accident.

WHEREFORE, plaintiff Mahmoud  Mahmoud demands compensatory Damages against defendant Adam Jacob Bar Wick in the amount of ONE MILLION DOLLARS($1,000,000.00) plus costs , pre-judgment Interest, and post-judgment interest as this court deems appropriate.

## COUNT II

NEGLIGENCE (DEFANDANTS ADAM BAR WICK ELECTRICITY
    ET AL).

59. Plaintiff hereby incorporates paragraph  No.38 through No.58 of this

complaint fully as if the allegations were set forth fully herein

60. Defendants Adam Bar Wick Electricity et al had duty to plaintiff to act
Reasonably.

61. Defendants Adam Bar Wick Electricity et al breached that duty

62. As a direct and proximate cause of the negligence of defendants

  Adam Bar Wick Electricity et al, plaintiff suffers from permanent physical

        injuries, conscious mental anguish, pain and suffering in the

Past and in the future, past medical expenses and future medical expenses.

63. All of the above damages were directly and proximately caused by

The aforementioned negligence of defendants Adam Bar Wick Electricity et

al, and were incurred without contributory negligence or assumption of the

             complaint

Risk on the part of plaintiff, or an opportunity for plaintiff, to avoid the accident.

WHEREFORE, plaintiff mahmoud mahmoud demands compensatory

Damages against Defendants Adam Bar wick Electricity et al, in the

Amount of ONE MILLION DOLLARS ($1000, 000.00)plus costs, pre-

Judgment interest, and post-judgment interest as this Court deems

Appropriate.

## **REQUEST FOR JURY TRIAL**

64.Plaintiff Mahmoud M mahmoud , prays for a trial by jury on all issues.

## **US.IMMIGRATION COURT HEARING**
## **ON December 16TH.2011 at 8:00AM**

65. On December 16th, 2011, I had to go the US. Immigration for removal

Procedure court hearing, located at: 606 olive street, Los

Angeles, California 90014. Although I had A truck accident a night before.

66. Waiting for me over there, was defendant Attorney Mr. Dante Valera

complete

Since arrangements were made with him two weeks before to assist me with

My case at the US. Immigration Court, Mr. Dante requested 6 month's to study

My court case , and to request (FOIA) freedom of information act my file.

67. Judge the US. Immigration Court Ms.O'Sullivan approved Mr. Dante

Request for 6 month's period of time and my next court hearing was 07/13/2012.

68. **Defendant Attorney Dante Valera, Bar No.249065**, his office address, at

3325 Wilshire Blvd.room754, Los Angeles, California, phone 323.719.7499,

knows very well that there is" Fraud" been committed by Department of Home

Land Security," D23" and Aplenty of information been missing, pages, hided

Or disappeared from my [FOIA] file A #070532464, Mr. Dante, withdrawal

Himself right after court hearing December 16th, 2011, his excuse, was

1 because, I was late on paying the rest of his attorney fees, that's why, that

2 was not

3

4 True, Mr. Dante did favor to HDS, d 23, and I complained to the Bar

5 Association.

6

7 complaint

8 , I have been discriminated against  by the entire directors, supervisors and

9

10 officers of the department of home land security, District23, entire Los

11 Angeles

12

13 Law Enforcement, the US. Customs Border Protection, other Government

14

15 Agencies such as department of social services, Department of human health

16 care services,

17

18 The Social security Administration,  Care 1st, Health care provider, and even

19

20 My Bank Chase J,P. Morgan also harassed me , all of that because of the

21

22 Way Been treated, by the department of Home Land Security district 23. I

23 filled more than two complaint with office of home land security, Civil

24 Rights and Liberties one on December, 2014, and the second one on July 4th,

25 2015, however I never received any respond so far.

26

27

28                                     Complaint

On or about: January 19,2012 I did made current case status for form 1-90, application to replace alien Registration card  and the result update saying:

    **Oath Ceremony and Card Production**, But The DHS, never sent me or issued for me, **Green Card**.

On July 30, 2012,officer Mr.Speece from DHS "D23"  denied my

Application for getting my US. Citizenship, during the interview , the officer

in charge , Mr.(Speece) asked for my green card, which the USCIS Never

Issue or send me one, this is a Catch -22 not of my creation.

   On or about date: 06/3/2013 Time: 1: pm.


   Defendants names of  City of  Irwin dale and it's Police Department

Defendants ︰ Mark A. Breceda, Mayor City of Irwin dale

 Manuel R. Garcia, Mayor Pro Tem, Albert F. Ambriz,

Council member, Julian A. Miranda,

 Council member, H. Manuel Ortiz, Council member,

Anthony Miranda Irwin dale chief police


Detective sergeant George zendejas


and police officer Cory Badge   #777.

1  I believe , I have been discriminated against , by those , mentioned above,
2  who receiving federal financial Assistance.

3

4

5

6  **A.  IRWINDALE POLICE DEPARTMENT HARASSMENT AND MISCONDUT:**

7

8  Officers of    Irwin dale police department are keeping following me to each
   place I go, from star buck, to Macdonald to Arco gas-station until chevron
9  gas-station city of Irwin dale , day and night, either police officers in
10 uniform or undercover Cops ,doing favors to their partners Baldwin park
11 police department and West Covina police department.
12

13

14

15 **On June 03, 2013**:  while I was at The US. Immigration court located at 606
16 olive streets,
17 LA, CA 91014.  for my court hearing removal proceeding with honor Judge
18 Sullivan    ,
19 and my attorney Ms Nancy  and officer The DHS ,  my space storage  #
20 k066B at the public Storage located :15534  ARROW HWY, Irwin dale
21 ,CA91706 , someone removed my expensive items  and my merchandise,
22 along With my business important documents for total loss of the amount of
23 US. $3768 .00.
24  Police report #13-0697 on date 06/05/2013 by officer Many Compose from
25 Irwin dale police department, enclosed for your kind attention
26

27 I filled my small claim against both the public storage and SIDGWICK, the
28 insurance company

1     At Alhambra courthouse, city of Alhambra, California. Small claim case

2   #ALH13G05607  "THE JUDGE DISSMISED my case

3   And ruled in the favor of both the public storage &Sedgwick the insurance

4   co., although there's An Video surveillance at manager the public storage

5   office, which if Judge Alhambra Courthouse asked for, I would won my

6   small claim case but the judge did not do so and his final decision was

7   "defendant does not owe plaintiff any money on plaintiff claim"

8

9   Still City officials and chief police and officers of city of Irwin dale,

10  harassing, discriminating and following my car to each Place I go or I

11  conduct business with inside Irwin Dale City, state of California until today

12  date August 7, 2015.

13

14  Also while I was driving, to Irwin dale police department to get a copy from

15  police Report # 13-0697, Officer Mr. Cory, pulled me over and harassed me,

16  questioning me who owns this car? And then issued speeding ticket# 152569

17  on date 7/3/2015

18  Inside  Parking Lot and in front of Irwin dale police Dept. for No Reason.

19

20        **Defendants West Covina, Social Security Administration**

21          **Application date July 3rd,2013**

22

23    39. On or about **July 3rd, 2013**, I turned my application for disability, and

24  SSI to Defendants **Ms. Harvey** and **her supervisor**, at **Social Security**

25  **office west Covina ,State of California.( Exhibit  )**

26  Both defendants delayed process my application for SSI, from 07/03/13

27  To the period October 22, 2015, which it caused me and my entire

28

Family serious financial hardship, just a little part from my due SSI
Was received recently on October 22,2015.

### Auto car accident July 18th, 2013At City of Pasadena
### <u>Defendant driver Elivd Garcia &Gerardo Rodriguez</u>

**On July 18th, 2013** , while I was driving my auto car Ford Focus, 2002,
California License plate # 4WTP013, on  Lincoln Ave., Pasadena,  CA,

I and my vehicle were hit by Gray Jaguar model 2004 California License
Plate , 6w0z359. since the jaguar driver run the stop sign, and pulled in front

of my Car Damaged the front end of my vehicle completely, and inside his

vehicle , were Three passengers, and the jaguar  driver was driving with
CVS pharmacy id card,

And without Ca. driver license at all, Pasadena police report13010247.

### *My next court hearing date was September 12, 2013

### <u>Defendants:Mr.Carlos manager Baldwin park Chase bank, J.P. Morgan,</u>

Address:14483 E.Ramona, Blvd, Baldwin park CA91706

2. Chase international & Domestic Collections at:

P. O. Box 2668 Houston, Texas 77252.

41.On or about August 13th, 2013 :Mr Subaro  Hayashi President Daiichi
Kosho Co., Ltd. 5-26 Kita Shinagawa 5-Chome Shinagawa-Ku, Tokyo 141-
0001 .  Mr.Saburo Contacted me with email message to help him in the

1   process to review proposed transactions for acquisitions or purchase of
2   businesses and creation of contracts for acquisition [merger].
3   After we both signed the business agreement, Mr.saburo contacted me again
4   with email message
5   Stated in his email message that his default customer IBS Electronics, Inc
6   want to make concessions immediately we inform them of our legal
7   intention. They want to beat litigation and as issued a payment
8   For an installment payment of $350,000 which you should receive by Friday
9   8/9/2013
10
11  On August 13,2013 I received the check of $350,000 and immediately went
12  to chase bank Baldwin park To deposit the check inside the branch, the teller
13  was not able the deposit the check, then he called
14  Mr.Carlos the bank branch , who in turn deposit the check and credit my
15  company business account #163109180 for total amount of $350,000, but if
16  you examine my company business account bank statement on august
17  13,2013 you   will find that the bank manager did not record the transaction
18  (In) either he did not recorded it,(out) when he accept the check later same
19  day  to send it for collection.
20  Mr. Carlos  the chase branch manager to be honest with you, I was not
21  interested in his business when conducting  the $350,000 check transaction
22  and I was not comfortable in doing business with him at all.
23  Let's go back to the same day I was at chase Baldwin branch, please see
24  what happened from Mr. Carlos the chase bank manager after he deposited
25  the check he gave me receipt with total the $350,000, But After, I left  the
26  bank  and after approximately 7-8 minutes he called me on my cell phone, I
27  answered him he said : Please come back and pick-up your check [$350,000]
28

1  , I questioned him : Is the check bad or something ? he answered not at all ,

2  but your client suppose to wire you the amount, you need to come now and

3  pick-up the check please .   so I drove back to the bank and I asked him to

4  send the check

5  For collection, he prepared the necessary forms to send the check for

6  collection and I signed, but after Less than 10 days , the chase bank

7  international and domestic collections it's  address above returned the check

8  unpaid [ reason refer to the maker] and what they charged me amount

9  $101.15 collection fee.

10

11  I filled my complaint against Chase Bank Baldwin Park Brach Manage and

12  Their corporation with California department of Fair Employment and

13  housing

14

15  And  with office of the Comptroller of the Currency, 1301 McKinney street,

16  suite 3450, Houston, Texas 77010-9050.

17

18  And still the issue unresolved.

19

20

21

22

23

24  . PLAINTIFF stating, that: defendant Attorney the US. Immigration Court,

25

26   Adam Pearl, accused, the plaintiff, on court hearing removal procedure, on

27

28  September, 12, 2013, by trying to push Judge O'Suillvan, to not to approve

His Application for asylum, PLUS the defendant was accusing him by making the fun

 of the plaintiff, dealing with the plaintiff in disrespect, inside the hearing court

Room, and in-front of the US. Immigration Judge O'Sullivan [video camera

 located at the court hearing room, as evidence]. And discussed the Viagra pillsCase: GA051132, with the plaintiff, Although, that Case: GA051132 was dismissed on date: Thursday, 06/27/2013.

Defendants From #4 Paragraph 6 to #10 paragraph 26:

  Hold it my green card A070532464 [the one was approved on 3/10/2009 (copy approval Exhibit ).

On September 24, 2013, the defendant employees of DHS, were found that
They are hiding and withheld information from my documents and records
With the USCIS, Pursuant to exemptions of the FOIA and Privacy Act,
Without my known [email my previous attorney with the FOIA letter Ex. ].
As a result of the forgoing, my world has been turned upside down. With
What are clearly DHS blessings; I have had a number of documents able,
Unwarranted ongoing harassing encounters with law enforcement from
The following jurisdictions:

☐ Los Angeles LAPD

☐ Baldwin Park police department

☐ West Covina Police department

☐ Irwin dale Police department

☐ Pasadena, sheriff's department for Altadena

☐ Glendale police department

☐ Temple City police department

21.The department of home land security "district 23" directors,

Chief of office of citizenship, chief of USCIS (OLA) and

Supervisors and officers of DHS, whom I mentioned their names,

Titles, and their work addresses above in my complaint

1
2
3

Violated Code section 10000, Government Code Section 11135

4
5
6
7
8

Defendant employees of DHS, "district23" passed my name to number of US. Government agency such as the social security administration, to stop my monthly Retirement pension, and to delay processing my social security supplemental Income, from July 2, 2013 Until OCT,22,2015 date, my SSI part was received. [Copy attached Exhibit          ]

9

This is causing me and my family members a serious financial hardship.

10
11
12

17. As a result of my interaction with The DHS, district23, and the unresolved immigration status, I was placed on a "watch list", this has resulted law enforcement agencies, having access to the list, being a ware

13

Of my presence thereon.

14
15

18. The defendants, also passed my name to the department of social service

16

Department of health care, care 1, the health care insurance provider, to my

17
18

Primary doctor, nurses, all hospitals doctors to harassing me, and to make to make my life always in pain.

19
20

19. the defendants of DHS,"district23" had me and my entire family to face

21

And suffer from a serious financial hardship for more than 10 years, since

22
23

I was unemployed or working part time mostly of the time.[exhibit ].

24
25

FILING DISCRIMINATION COMPLAINT AGAINST THE SOCIAL SERVICE IN LA, STATE OF CALIFORNIA

26
27
28

1   Defendant The social service, county of los Angeles ,State of California

2   ,Health and Human services Agency, 092 HAWTHORNE MEDI-CAL

3   REGIONAL, PO.BOX 5011, HAWTHORNE, CA90251, sued for their

4   Individual and official capacity as federal government agency or municipal

5   Identity.

6

7   For HARASING, DISCRIMINATING, THREATINING ME BY

8   SENDING MORE THAN ONE NOTICE OF ACTION [MED-CAL

9   TERMINATION] ONE ON YEAR 2013, AND THE SECOND ON

10   10/20/2014.

11

12

13

14   **Defendants Care 1st, and other hosiptal doctors**

15   **42.**  on Feb.Sunday16, 2014:defendant Car1st, refused to do

16   neurosurgery for plaintiff  neck and lower back , since the cost well

17   Be more than US$300,000.00 and their insurance well never cover.

18

19

20   Defendants:Kaiser Permanente,Baldwin Park, doctor "Espitia,

21   Dennis" through me out from the Emergency Room,

22   PARTICIPATED WITH HIM, KAISER SUPERVISOR, AND 3

23   SECURITY OFFICER, after 55 minutes   from admission.

24

25

26   I called 911 on date: SundayFeb.16,2014 , I had cornice Neck Pain , with

27   severe Pain for both right and left shoulder, severe left arm pain, Plus lower

28   back pain for more than 5 days, until no more I can wait and I became

1  completely disable, ON Sunday 16,2014 TIME 8:35 AM, I asked my
2  neighbor Ms. Marcela to call the ambulance for me , she did and the fire
3  department came first then the ambulance from the city of Baldwin park ,
4  after asking me several questions they picked me-up, that time I remember I
5  asked the ambulance to take me to Methodist hospital in the city of Arcadia,
6  California, the gentleman driver was driving the ambulance insist to take me
7  to Kaiser Permanente Hospital located at: BALDWIN PARK BLVD., OFF
8  OR 10 FREE WAY AND FRANSISCITO AVE., CITY OF BALDWIN
9  PARK, CALIFORNIA.
10
11 I reached the emergency room around 9:50 THEY ASSIGNED A ROOM
12 FOR ME #10 THEN THE NURSE CAME TO CHECK THE BLOOD
13 PRESURE, THEN DR. ESPITIA, DENNIS  CAME TO EXMINE ME
14 AND HE ORDERED THE NURSE TO GIVE MOROFEEN SHUT, I HAD
15 THE MOROFEEN SHUT, AFTER APP. 15 MINUTES THE ENTIRE
16 PAIN CAME BACK AND EVEN WORSE.
17 THEN ANOTHER NURSE CAME AND SAID THAT I HAVE TO GO
18 HOME SINCE DOCOTE DENNIS WORTE DISCHARGE FOR YOU, TO
19 GO HOME AND COMPLIETE TREATMENT SINCE THE PAIN IS NOT
20 GOING TO GO AWAY RIGHT A WAY.
21
22 MY ANSWER TO THE NURSE THAT THE ENTIRE PAIN TO MY
23 NECK AND BOTH SHOULDER AND THE LOWER BACK PAIN
24 CAME AGAIN AND EVEN MORE WORSE THAN BEFORE AND I'M
25 NOT ABLE EVEN TO MOVE SINCE I 'M VERY DIZY AND I MAY
26 NEED TO STAY FOR MORE MINUTES UNTIL I CAN GET MY SELF
27 A RIDE HOME.
28

1  HE SAID THAT THIS THE INSUTRUCTIONS FROM DR. DENNIS
2  AND I NEED TO LEAVE THE HOSPITAL NOW, SO I ASKED HIM TO
3  CALL THE SUPERVISOR  FOR ME, AFTER A FEW MINUTES THE
4  SUPERVISOR ALSO INSIST  AND EVEN SHE BROUGHT WITH HER
5  MORE THAN 3 SECURITY OFFICER TO KIKE ME OUT OF THE
6  EMERGENCY ROOM,
7  THE 3 SECURITY AND THE SUPERVISOR LEFT ME AT THE KAISER
8  PERMENANTE PARKING LOT.
9  SINCE I 'M STILL IN SERIOUS ILLNES AND VERY BAD
10  CONDITION, I CALLED 911 AGAIN TO TAKE ME TO ANOTHER
11  HOSPITAL SINCE THE KASIER DOCTOR [DR.DENNIS] REFUSED
12  TO TAKE CARE OF ME AND THROUGH ME IN BAD HEALTH
13  CONDITION.
14
15  Came with the city of Baldwin park  the fire department and  the police
16  department of city of Baldwin park " POLICE OFFICER MR. LE" was
17  there on the site of Kaiser hospital parking lot and I did talked to him and I
18  did explained to him briefly ; on the misconduct and wrongdoing from : Dr.
19  Dennis,   the hospital supervisor, and the three security guards working for
20  the Kaiser Permanente , he made a note of it  and hand me his business card
21  so I can file for law suit and pass it to my attorney.
22
23  The second ambulance dropped me off at Citrus valley emergency room,
24  DR. RANDY K GILMAN, TOOK GREAT CARE OF ME, HE EXAMINED
25  ME VERY WELL AND COMPLETE EX-RAY TO THE NECK AND
26  BOTH SHOULDER,
27  ORDERED TWO SHUTS FOR ME , GAVE ME GREAT
28  PRESCRIPTIONS WHICH IT TOOKS CARE OF THE SEVERE PAIN

1   IMMEDIATELY, AND I LEFT HOME MORE THAN HAPPY WITH HIS

2   GREAT SERVICE , I LEFT THE EMREGENCY ROOM OF THE CITRUS

3   VALLEY AT 6:45 PM AND REACHED MY HOME 8:00 MP02/16/2014.

4

5

6

7

8                        **Defendants Medical Malpractice**

9   **Dr. hubart and Dr. Edwin Kok ,Southern California Heart Center**

10   43. on or about June 9th, 2014

11   1. On June 9, 2014 I did the ingograma at Garfield medical center located:

12

13   2. **Address:** 525 North Garfield Avenue, Monterey Park, CA 91754

14   **Phone:**(626) 573-2222

15   The doctor name did the ingograma his name was Dr. Yih Jen (Edwin) Kok

16   And his one among those group doctors managing and taking care of

17

18   patients with heart problems, at their own clinic, located at: southern

19   California heart center ,506 west valley blvd.,
     Suite #100,san Gabriel ,CA 91776 , their phone# 626.308.3800.

20                        Complaint

21   The doctor referred me to Dr.Edwin was Dr. Chow Hubert to do the

22   ingograma procedure , But I did the ingograma on June 9, 2014 and until

23   today May 4, 2015 and I Am not feeling ok none anymore, because of

24   wrong doing and the malpractice of both doctors I mentioned above .

25   After I saw both doctors on June 7,2014 and after I did the ingograma

26   procedure on June 9,2014

27   By the chance Dr. Edwin allowed for me to follow up with him only one

28   time [date June 13,2014] I tried to ask for more follow up, with Dr. Edwin

42

but their office at southern California heart center ,506 West Valley Blvd. Suite 100 , san Gabriel, CA91776 refused , and told me I that I need to have

one of their insurance group and in order for me to check with dr. Edwin, which I was not able to get it, and I only have care first insurance provider .office DR.EDWIN advised me to follow up with my primary DR. in case I

Am not able to get them the required insurance group they asked me for. After dr. Edwin did the ingograma procedure for me I start to suffer and until now from the following :

- Chronic sever pain at my left arm and at my lower back
- "Arthritis" inflammation in joints and the connective tissue surrounding them, this inflammation is causing me pain, stiffness and swelling in the affected joints or even the spine, and it's start to affect my both hands and legs already.

- My vision becomes weak
- Numbness and tingling sensation in the shoulders and arms, loss of sensation in the arms and weakness
- Headaches that seems to originate in the back of the skull
- Loss of balance
- Shortness of breath
- Discomfort and pain in my back, my neck, jaw, stomach and my left arm
- Nausea or vomiting
- Lightheadedness, sudden cold sweat, especially with breathing.

For the harm and the disease they did caused me with their wrong doing, and malpractice.

Since my left arm disable in total, plus suffering from entire sever pain at my

neck and upper And lower back pain which does not let me to sleep at night

or walk at the day time…I live In pain.

I filled my complain against both Dr.Edwin and Dr. Chow Hub art with the

County of Los Angeles Department of Consumer Affairs.

**[Mycase number: DR15-0507 date: January 13, 2015 requesting A mediation] County of Los Angeles Department of consumer Affairs email responds:**

"We will send an invitation to the other party to participate in mediation.

Please allow at least 2 weeks for the other party to respond to the invitation.

Our staff will review the party's response and proceed with mediation if the invitation is accepted."


[The doctors did not respond after two invitations until these minutes.]

**I filled my complaint with California medical Board , no respond so far,**
**(Exhibit     )**

B. **BALDWIN PARK POLICE DEPARTMENT HARASSMENT AND MISCONDUCT:**

1-On date May 08,2015Baldwin Park police department tried to tow my own vehicle CA License Plate #902818U.
Although, I did registered my vehicle on date May 07, 2015, the two officer did not check
With the department of motor vehicle, claiming that the vehicle ID number did not came out

And I cat shed the AAA club the last minutes before towing my vehicle.

2-on date May 11, 2015 the Baldwin Park police department is insisting to harassing me, officer
Badge #2043 from Baldwin Park Police department, put parking citation: BP010000920, time: 09:37 AM although , the sweeper did not pass until later time 11:30 AM .

I paid my citation parking on May 21, 2015 .please review below :

**CITATION**      **CENTER**

**Receipt for citation:** BP010000920

**Confirmation number:** 7198310870

| | |
|---|---|
| **Date paid:** | Thursday, May 21, 2015 |
| **Amount paid:** | $66.50 |

Note: This email was sent from a notification-only email address that cannot accept incoming email. Please do not reply to this email. If you have any questions or for more information, please call (800)-989-2058.

**C. Harassment since February ,2012 until now from individuals lives with me at the same house located at:15403 sandstone street, city of Baldwin Park, California 91706 , were pushed by Baldwin Park police department to do so , their names :**
**1- Jose Gordo , drives Chevrolet pickup truck CA Lice. plate no.7W52500**

**2.Rico   , drives A white Honda CA Lice. plate no.6VUH794  that person comes from work late at night around from 3:00AM to 4:00 AM ,just to start harassing me, fought**

**With me several times, yelling and screaming.**

- Defendants Pasadena City,State of California

- The following Defendants Names  are sued for their individual and official capacity:
- 
    Mayor Terry Tome k, Pasadena City
- Pasadena  City council district one Tyron Hampton
- Pasadena city council District2 Margaret McAustin,
- District 3 John J Kennedy, District 4 Gene Masuda, District 5 Victor Gordo
- District 6 Steve Madison, District 7Andy Wilson,
- Pasadena Police Chief Phillip Sanchez, D chief Darryl Qualls, ED,
- John Perez and Commander Cheryl Moody.

Pasadena City Address: 100 N.Garfield Ave., Suite 228, Pasadena, California 91109

I believe, I have been discriminated against, because of my race, color, religion or my national origin, including limited English proficiency by the city of Pasadena, city officials and police department, located At: 100 N Garfield Ave., Suite 228, Pasadena, California.91109 - phone: 626.744.4111  .those whom receiving federal financial assistance.

Since The above mentioned city officials and police captains and officers names been pushed by the department of home land security to harassing and discriminating and "attempt to murder "me personally from the period May 06, 2002  until today's date.

3. On May 06, 2002, Pasadena police department participated with the INS. And Altadena And  La cantata police department to arrests me by creating  file creation  [ using Viagra pills For Personal use] Case # G A 051132.

<u>Plaintiffs' Second Amended Complaint</u>

## INTROUDCTION

**This is a civil rights law suit brought By the Plaintiff, a victim of police brutality, False Arrest, misconduct and race discrimination , against the people of the state of California the police officers, involved in the brutality, and the  Altadena sheriff's detective ,state detectives and officers The US. Customs border protection , and Los Angeles county jail . Compensatory, punitive damages and injunctive relief are sought against the City of Altadena and  Los Angeles superior court  ,City of Pasadena Court house,Pasadena, state of California**

**As well.**

### Jurisdiction

1. **This Court has jurisdiction under 28 U.S.C.1331 Federal question Jurisdiction, arises pursuant to 42 U.S.C.1983.**
2.

### VENUE

3. **Venue is proper pursuant to 28 U.S.C.1391 because the defendants and the Plaintiff are residents of this district, and the cause of action arises in the southern district of California.**

## Parties

4. Plaintiff "mahmoud Mohamed mahmoud " resident of city of West Covina, California 91793, working as Professional Income Tax Preparer, has a home based business, [father for five kids].

5.Defendants the people of the state of California(California Secretary of the state), 1500 11th, street, Sacramento, CA 95814, Sued for their individual and official capacity.

complaint

6. Defendants Police officers and detectives of Altadena sheriff's department, 780 E, Altadena dr. altdena,CA 91001,those who were there time the false arrest Date May6, 2002.sued for their individual capacity.

7. Defendants Victor Garson, Law enforcement Los Angeles. Sued for his individual capacity, at all the times, and time the arrest was working for los Angeles county Police department.

8. Defendants officer Paris Cohen, officer Miller, AND ROBERT C.[DA], From law enforcement Los Angeles County.

9. Attorney District Los Angeles County, Time the arrest happened.
On  date May 6, 2002.sued for his individual and official capacity.

**10.Defendant : Adam Pearl,Attorney US. Immigration Court, 606 olive street, Los** Angeles, California 90014, sued for his individual capacity.

11. US. Customs Border Protection (ICE) officers, those who were there  present at time the False Arrest, date May 6, 2002 happened.

### .Statement of Facts

On or about May 6, 2002, plaintiff asserts that he was arrested because, he Bought enjoyable pills (Viagra) for personal use, Los Angeles Law Enforcement of City of Altadena, US. Customs Border Protection (ICE)And others Detectives from City of Pasadena, arrested him with no warrant  of arrest and put him on LA Cantata Jail, then at LA County Jail, created  File Criminal Case # A051132,put him under probation for three years, With fine of more than US.$2000.

Plaintiff stating, Due to my unfamiliarity with the rules and regulations and The   Laws of the US.FDA,
**On date May 6, 2002** and **March 10, 2003** I'm been treated unfairly at the Los Angeles, Superior court, City of Pasadena and also when I was arrested on May 6, 2002 either by LA police department [Altadena PD, and ICE] or at Pasadena Court house.

The LA police department and the undercover police men's and women's, Took    huge advantage on me that day and arrested me by Picking up the horrible of 09/11 attack on me. And since I was shocked and in complete

fear from them, the minute they attacked me on that day at 309 Mountain
View street, Altadena, CA91001

complaint

After ,I came from my class at Pasadena City College, City of Pasadena,

California.

I remember that day on 05/06/2002 the police officer hand me the seizure
Viagra Package, while he was wearing [FEDEX ] uniform, tricked me and I
thought He's FedEx the delivery man but in fact he's not.

When I did opened for him the house front door, after he knocked the door,
then after a few minutes, I heard a heavy knock and high voices and too

much noise, suddenly a group of LA police departments officers , Altadena
police department, officers and detectives, US. Custom Border Protection
Under covers men's and women's with gun's on hands entered and start to
search   Me  without even showing me any order of  warrant arrest or
permission to enter and search me and search the house.
Then after almost an hour or so, they locked me with the handcuff and

Pulled me to the la Canada Police Department, I stayed there from 2 to 3
days , then I    was been sent to the county jail for one night  or so.

Then I remember on the final trial court hearing at court house at city of
Pasadena and at the hall of the Court Room the officer arrested me that day,
his name [Paris Cohen]  spoke to me to do the deal, and the deal is for me,

To accept the charges from the judge, and he promised to me that no one

will bother me from the department of Los Angeles Police department none

complaint

any more, I did accept the deal under fear and that time, I was student at

Pasadena City College

and I thought that the cops they may going to give me hard time in the

future

that time, I was worrying that I may not able to complete my studies that

was the reason I accepted the officer deal, which leaded after that , that the

Pasadena court house issued a felony conviction first degree, and they put

Me, on Probation for   3 years and made me to pay over US. $2000.

Then now and after almost 11 years I discovered that any one has a problem

on his record like this, I have now, the department of home land security and

the immigration will ask for removal procedure , and deportation for the

alien, and  Since I do not know the laws and the regulations that time,

I 'm here asking the court:

  A. For Appeal and reopen for the case with Investigation, since I was
    treated with NO Fare AT ALL,
  B. B .Since the name on the case #GA051132 dated 05/06/2002 our
    subject "Not the Correct and real complete name" as shown on
    my both California  Driver license and My California ID card,
    I'm here by [Exhibit    to Exhibit]

Asking for investigation with fair and for immediate clear to my case file at

The Los Angeles, Pasadena court house, and informing all government

agencies .

To Whom  It May Concern to up-date their record as well.

<div align="center">complaint</div>

C. Asking the court to return my fine the amount of over US.$2000 plus all

the  Expenses incurred during, The period from 05/06/2002 until now, with

Compensatory, the court may deem it's appropriate.

Since that Case #GA051132 was, file creation, false arrest, with no warrant

arrest, Race discrimination, officers mentioned above were acting under

Color of State.

Plaintiff mahmoud M mahmoud, resident of City of West Covina, State Of

 California, here by asserts the following claims against the defendants in

the above and below the entitled actions.

   .Violation of USC. 388 (1971)

     a.  Violation for the fourth amendment freedom of Unreasonable
        search

     b.  And seizures had been violated.

     c.  Violation of 42 USC.1983 Arrest.

     d.  Violation of 42USC.1983 detention.

     e.  Violation of 42USC.1983 property search, without warrant

f.  Violation of 42 USC.1983: conspiracy

g.  false arrest and imprisonment

h.  Intentional infliction of emotional distress.

19. Plaintiff : Asserting  the reason I am suing now is because the false arrest

Of case  GA 051132 Affected me badly

 AND ACT FROM THE, US. CUSTOMS BORDER PROTECTION, ALTADENA

POLICE DEPARTMENT AND OTHERS UNDER COLOR OF STATE

LAWS, WHILE OTHER RECONSTRUCTION STATUES AUTHORIZE

MORE LIMITED CLAIMS, AGAINST PRIVATE PARIES, WHO

VIOLATES FEDERAL RIGHTS, IAM SUING NOW THE ABOVE

MENTIONED DEFENDANTSIS BECAUSE OF THAT CASE GAO51132

AFFECTED ME VERY BADLY, DEFENDANTS WERE HARMED ME,

ACCUSTIONALLY, AFFECTED ME GETTING MY GREEN CARD,

1   AND MY CITIZENSHIP, UNTIL TODAYS DATE, AND PREVENTED

2   ME FROM SEEING MY FIVE KIDS ,UNTIL THESE MINUTES, AND

3   FOR MORE THAN 16 YEARS,FOR NOT DOING NOTHING FROM

4   COUNT1 TO COUNT 2, EXCEPT Purchasing ENJOIABLE PILLS FOR

5

6   PERSONAL USE, FROM OVERSEAS, PLEANTLY OF THOSE PILLS

7   OVERCOUNTER, ON EACH SHELF OF EACH PHARMCY, IN THE

8   USA.

9    Been treated un fairly either BY Altadena, LAWENFORCEMENT

10  OR BY THE SUPERIOR COURT OF THE STATE OFCALIFORNIA

11  LOS ANGELES COUNTY, FOR THAT   F ELONY CASE #GA051132

12  2.Police captains and officers of the city of Pasadena  still following me to
    each place I go ,  in temple city ,either to conduct business, Or to buy
13
    something for myself,  which is not appropriate or acceptable, and that there
14  is a policy Or repeated conduct that is discriminatory. Witness on that:

15
                                complaint
16

17

18

19

20

21
      1. US. Department of Justice , office of the Inspector General,
22       Investigations Division
23    2. Department of Homeland Security, office for civil rights and civil
24       liberties.
      3. U. S .Department  of Justice, Civil Rights Division, office of special
25       counsel for immigration
26       Related employment practices (OSC).
27    4. Executive office for immigration review,    5107 Leesburg pike suite
28       2600, falls church, Virginia 20530

5. US. Senator Grace, EL Monte District
6. US. Senator Dianne.

7. Office the attorney district, Los Angeles, California.
8. Fair employment and housing
9. Medical board of California, central complaint unit
10. Ethics City of los Angeles, enforcement division

## **Supervisory liability after a Ashcroft v. Iqbal**

26 .We have long permitted plaintiffs to hold supervisors individually liable

In 1983 Suits when culpable action, or inaction, is directly attributed to

them. We have never required a plaintiff seeking to state a claim for

supervisory liability to allege

That a supervisor was physically present when the injury occurred, in *larez*

*v.*

*City of los Angeles ,946F.2d 630 [ 9th cir.1991],* we explained that to be held

Liable, the supervisor need not to be 'directly and personally involved in the

same Way as are the individual officers who are on the scene inflicting

constitutional Injury 'id at 645.rather ,the supervisor's participation could

Include his own culpable action or inaction in the training supervision or

Control   of his subordinates ''his acquiescence in the constitutional

deprivations of  which the complaint is made, or ' conduct that showed a

Reckless or callous indifference to the rights of others.' Id at 646[internal
Citations, quotation marks, and alterations omitted].

### Defendants City of West Covina, et

West Covina Police department harassment, discrimination and police brutality:

**On date: April 14,2015 California pacific time 11:00 AM , I faced**
**discrimination and harassment and police brutality from West Covina**
**police department officer Aram's**
**Badge #380, and officer A. Coppi Badge #329, searched me, and my own**
**vehicle, then Arrested me and put the handcuff on my both hands and**
**took me to Citrus Valley intercommunity hospital at the city of Covina ,**
**to prevent me from showing up at the Superior Court of Los Angeles**
**Courthouse second day April 15,2015 , and I lost my trail court**
**Case # BC524336.**

complaint

### Plaintiffs' Second Amended Complaint

### INTROUDCTION

4. **This is a civil rights law suit brought By the Plaintiff, a victim of**
   **police brutality, False Arrest, misconduct and race discrimination**

**, against the two police officers, involved in the brutality, and the two law offices and the truck driver Mr. Adam Bar wick, and his corporation, involved in law suit BC: 524336. And compensatory, punitive damages and injunctive relief are sought against the City of West Covina as well.**

## Jurisdiction

5. This Court has jurisdiction under 28 U.S.C.1331 Federal question Jurisdiction, arises pursuant to 42 U.S.C.1983.

## VENUE

6. Venue is proper pursuant to 28 U.S.C.1391 because the defendants and the Plaintiff are residents of this district, and the cause of action arises in the southern district of California.

## Parties

4. Plaintiff "mahmoud Mohamed mahmoud " resident of city of West Covina, California 91793, working as Professional Income Tax Preparer, has a home based business, [father for five kids].

5. Defendant, City of West Covina is a municipal corporation, located at 1444 west Garvey Ave. south, West Covina, ca 91790.

6. Defendant officer Arams Badge#380, officer at West Covina police department, sued for his official and individual capacity, at the time of events complained of herein was, employed by the city of West Covina as police officer.

7. Defendant officer A.Coppi Badge #329, officer at West Covina police department, sued for his official and individual capacity, at the time of events complained of herein was, employed by the city of West Covina , as police officer.

8. Mr. Dave Faulkner, chief police West Covina, police department, sued for his official and individual capacity, at the time of events complained

herein was, employed by the city of west Covina, As Chief police west Covina, police department.

9. Supervisor West Covina police department, on duty at time and date the event happened date April 14th, 2015 time 11:00ARE.

10. Defendants Two unknown city employees, of city of West Covina, sued for their official and individual capacity, at the time of events complained herein were, employed by the city of West Covina.

11. Defendant Law Office of Jacob Sverdlov, located at 15250 Ventura Blvd. Suite1220, Sherman Oaks, California 91403, sued for his individual capacity, as former attorney to the plaintiff.

12. Defendant, Interinsurance Exchange of the AUTOMOBILE CLUB,

Sued for their corporation Capacity. Cancelled the insurance Policy to

The Plaintiff, same day April 14, 2015, after the events happened,

Since Insurance Code Section 11628 and 11628.5 make it unlawful for

Motor vehicle liability insurers to refuse to insure, refuse to continue

To insure, limit the coverage available to, or charge a different rate for

The same coverage offered to others on the basis of an individual's

Race, Language, color, religion, national origin, ancestry, disability, or Geographical area.

13. Defendant Citrus Valley Intercommunity, Menthol Hospital, Covina,

Sued for their Corporation Capacity, for their race discrimination.

14. Defendant the truck driver, Mr. Adam Jacob Bar wick, (Adam Bar wick, Electricity INC.) located at: **1570 HOWARD ACCESS RD STE D UPLAND, CALIFORNIA 91786, sued for his individual, and corporation Capacity, Attempted to murder, first and second degree, damaged plaintiff Vehicle Completely, injured plaintiff and caused serious injuries in plaintiff,**
**Left Arm, Lower and upper Back, with serious Cervical Spine Pain, Pain since The truck accident occurred on December, 15, 2011 and for the future.**

1
2                              **Statement of Facts**
3
4
5   14. Plaintiff asserting on date Tuesday April 14, 2015, time 11:00Am. At
6   Parking lot of Post office West Covina, State Of California. While I am
7
8    About to pick up my mail from my mail Box at the address I mentioned
9   Above, next to my car was sitting a gentleman at a private black color car,
10
11   Talking in his cell phone, but he was parking too close to my own Lincoln
12  Ls model 2004, to be honest with you; I hardly tried to get off from my car,
13
14   Very worrying, I may hit the gentleman car next to me, but I warned him
15  Loudly that he needs, to give me enough space so I can get out of my car but
16
17  He did not like it or accepted it, and what threaten to call West Covina
18  police department on me.
19
20  I thought if I go to pick up my mail and leave him in peace, he may come
21
22  Down, and me too, but after I picked up my mail, and on my way back to
23
24  Take my car and leave, another gentleman was holding his cell phone with
25
26  Camera taking pictures for me and yelling and screaming to me that he is
27  With him and he is witnessing, and that they already called the cops on me,
28  And he start to bother me with his cell phone taking pictures for me

1

2 Personally and moving immature, and he fight's with me and beaded me up

3

4  And putting his own legs on my chest and tided my both hands, and I was

5

6 Not able to Breath, especially and I am disable and diabetic, he kept doing

7

8  That, continue holding me to the ground of the parking lot, until officer

9

10 West Covina, police department Mr...Coppi badge #329 helped me to Stand

11 up.  Another officer from West Covina, police department   by the

12

13  Name, Mr. Arams, his badge #380, Police report 15-2851 dated April 14,

14 2015.and police report # 15-2880 dated 4/15/2015 by officer Schultz badge

15 # 672 for [vandalism to my own vehicle Lincoln Ls model 2004 inside the

16 post office parking lot.]

17

18 Unfortunately, both officers came to me, with entire bad attitude, searching

19 My car for weapons, harassing me, questioning me with disrespect, making

20 Fun of me, and then arrested me and officer Mr.Arams took me to his police

21 Car, and while he was driving he was not paying attention and almost We

22 were going to be killed, since he almost going, to hit Mr. A Coppi police car

23 in front of, him,

24                                          complaint

25 Driving with careless, and laughing, immature and officer Arams dropped

26

27 Me Off at citrus valley intercommunity mental health plan, located at

28

1    Covina City to continue harassing, and making the fun of me with the

2

3    Two security officer and all the nurses and the supervisor and even the

4

5    Emergency doctor all treated me with no respect, and they put me on 72

6

7    72 hour watch, but I complained to the emergency doctor

8

9    That I have to be in the Los Angeles Superior Court [Stanley Mock]

10

11   Tomorrow morning, Wednesday April 15, 2015 at department 97 court room

12

13

14   #630 for the truck accident, the one I had on date 12/15/2011 for trial court

15

16   Hearing my Case #BC524336, but the doctor,

17

18   Did not help me, and said to me tell that to the doctor sociologist, when you

19   go upstairs.

20

21

22   I stayed at the citrus valley intercommunity from 12AM 4/14/2015 and

23

24   Discharged at 3:30 PM the second day 4/15/2015 and I lost completely my

25

26   Trial court hearing, I learned that after I called the court clerk which he told

27

28   Me that the case dismissed because neither me nor my attorney Mr. Jacob

Present to the court room at Stanley Mock, and I lost my case, since my

Attorney was found to be sided to the defendant, and legal malpractice.

Not only that but, bear with me my dear investigator, after I get discharged

From the citrus valley intercommunity, on date 4/15/2015, I arrived to

Parking lot West Covina, Post office, at 5:55PM I found my own vehicle

 Lincoln 2004 LS, damaged [the four tires, with broken back windshield,

And scratch to my left side back door of my vehicle and I found violation

Parking ticket for US. $60 on my front-end windshield,   then I asked a

LADY was present there to call West Covina police department for me,

Since my cell Phone Was out of battery; Officer Schultz badge #672 came

And issued the police report #15-2880. [Crime Vandalism Police Report].

The second day after I discharged from the hospital, I received letter from
my insurance

1   Company, Interinsurance Exchange of the AUTOMOBILE CLUB that they

2   Cancelled my full coverage policy on my vehicle Lincoln LS 2004 and I

3   Need to contact them.

4

5

6   I have been discriminated by the West Covina police department, officer

7

8                                complaint

9   Mr. Arams badge#380 and officer A.Coppi badge #329, and by the

10

11

12   Individuals involved and I am seeking Justice and charged to be pressed

13   against them in which California panel code is applicable.

14

15

16   15. TRUCK DRIVER MR. ADAM JACOB BAR WICK,OWNER ADAM

17   BAR WICK ELCTRICIRT ET AL, SUED FOR his individual, and his

18   corporation capacity, since on or about December 15,2011 time 4:00PM on

19   the Street: E/B LOS FLEIZ Blvd. W/B Hobart PL. LOS ANGELES

20   CALIFORNIA – Police Report By officer Noriega, ram 2A91 ☐ Serial

21   Number 40572.

22   16. Driver the electricity truck Mr. Adam Jacob Bar wick, damaged my

23   Vehicle,

24   17. came very speeding from my left side to my lane left side and hit my

25   vehicle, And injured me very badly

26    18.I sustained injuries to my Neck, lower and my upper back ,left side arm

27   and shoulder, I been diagnosed Inguinal Hernia, As well As Multiple

28   Herniated disk in my Spine.

1              complaint

2   19.Due to these injuries ,I to avoid prolonged sitting, standing, and

3   prolonged Standing.

4

5   20.Driver the electricity Truck Mr. Adam Jacob Bar Wick, Was main intend

6   and purpose is to get me killed , since I get hit by him and his Ford super

7   duty truck, CA lic.plate#6U22740 from my left side driver vehicle [Ford

8   Escort 1999] Ca license Plate #5DWV720 and I believe he is "an

9   attempting To Murder" First and second Degree.

10

11  21.since: Mr. Adam Bar wick ,time my car accident , Mr. Adam saw me by

12  his right side mirror of his ford F450 super duty truck color white

13  VIN#IFDXW46F91ED86899. And although I was yelling and screaming to

14  him hey ..hey..hey stop .. stop. stop , however, Mr. Adam still and

15  continuing pushing me hardly to the street of Los Fleiz Blvd .Pavement. I

16  am quite very sure that Mr. Adam Bar wick by doing so, he is to be Found

17  "Attempt to murder "with First and second Degree.

18

19  22. On December 15, 2011, I was operating my vehicle in a reasonable and

20  prudent manner, with due caution and regard for the motor vehicle laws of

21  the State of California.

22              Complaint

23

24

25

26              **FIRST CAUSE OF ACTION**

27  **EXCESSIVE FORCE, SEARCH AND SEIZURE**

28              **42USC.1983**

15. Plaintiff re-alleges each of paragraphs 1-14 as a fully stated herein.

16. As a result of the defendant's officers' unjustified and excessive use

Of force, his car was searched for weapons, for more than three times, and

No weapons found. Plaintiff suffered pain and injury, after he was beaten

By the two unknown city of West Covina employees, inside post office,

West Covina Parking lot, and he and his car searched for weapons, for

More than three times, plaintiff suffered emotional distress as well.

17. Plaintiff engaged in no acts of violence toward Defendant officers

Or engage in any conduct which made the use of force, and searching

Him, and his own car, described above reasonable or necessary.

18. This conduct violated the Fourth and Fourteenth Amendments to the

United States Constitution, and hence42USC.1983

19. The misconduct described in this count was objectively unreasonable

And was under taken intentionally with malice, willfulness, and reckless

In difference to plaintiff constitutional rights.

20. The misconduct described in this count was under taken pursuant to

The policy and practice of the city of West Covina by its police

Department in that:

    a.  As a matter of  both policy and practice, the West Covina
        Police department directly encourages, and is thereby the

    Moving force behind, the very type of misconduct at issue
    hereBy failing to adequately train, supervise and control its
    officers

    Such that its failure to do so manifests deliberate indifference;

    B. As a matter of policy and practice, the West Covina police

    Department, makes its officers a ware that if there are no

1

2        Cooperating witnesses or evidence which support a complaint's

3

4        Version of the events in question, a complaint of excessive

5

6        Force will never be sustained against them;

7

8        c. Municipal policy makers are aware of (and condone and

9

10       Facilitate by their inaction) a "code of silence" in the west

11

12       Covina police department, by which officers fail to report

13

14       Misconduct committed by other officers, such as the

15

16       Misconduct at issue in this case.

17

18   21. As a result of the defendant officers' and the unknown city employees

19

20   Unjustified and excessive use of force and the policy and practices of the

21

22   City of West Covina, plaintiff has, as a direct and proximate cause, suffered

23

24   Pain and injury, including emotional distress.

25

26

27                       SECOND CAUSE OF ACTION

28                       DUE PROCESS 42U.S.C.1983

22. Plaintiff re-alleges each of paragraphs 1-21 as if fully stated herein.

23. In the manner described more fully above, defendant officers and the

Two unknown city of West Covina employees, deprived plaintiff of due

Process in violation of the 14th Amendment to the United States constitution.

24. Defendants actions set forth above were so arbitrary as to shock the

Conscience, including, but not limited to, beaten plaintiff, searching him,

And his own vehicle for weapons, assault, accusing, taking the plaintiff to

The menthol hospital and putting his life in danger, without cause, knowing

That doing so was unauthorized and would cause additional pain and

Suffering, injury and emotional distress.

25. Such violations of plaintiff rights were undertaken intentionally, with

Malice and conspiracy, and willful indifference to plaintiff rights.

26. The misconduct described in this count was undertaken pursuant to the

Policy and practice of the West Covina police department in the manner

Described in preceding paragraph.

27. As a result of the above-described wrongful conduct, as well as the city

Of West Covina policy and practice, plaintiff has suffered pain and injury, as

Well as emotional distress.

<div align="center">

THIRD CAUSE OF ACTION

CONSPIRACY TO COMMIT CONSTITUTIONAL VIOLATIONS

42 U.S.C.1983

</div>

28. Plaintiff re-alleges each of paragraphs 1-27 as if fully stated herein.

29. As discussed in greater detail above, some or all of the defendant officers

And the two known city of West Covina employees, conspired with each

other and /or with members of their department to prevent plaintiff from

Appearing in the superior court of Los Angeles, for his trial Court Case

#BC524336 dated Wednesday April 15th, 2015, and to cause loss to his

Court case and damage to the plaintiff in the following manner:

A.Agreeing not to report each other after witnessing and /or using

B. excessive force relative to the plaintiff.

C. Agreeing not to generate reports documenting their conduct to

D. cover-up their own and each other's misconduct;

E. Agreeing to generate reports and other documents which omitted

F. materials facts relating to the events described above and

G. containing patent falsities, such as police report #15-2851, dated ,

4/14/2015, changed To Incident No.5WC0022247 with omitted
Materials facts relating to incident.

H. Supervisor West Covina police department came to the site to

J. advise and ordered the two officers TO take the plaintiff to the

Menthol hospital [intercommunity Citrus Valley] so, they can

Prevent plaintiff from Appearing in trial court date 04/15/2015 as

Doing favor, to the truck driver, and the former attorney Mr. Jacob Overdrove,  and also to his partner lawyer Mr. Joe Kar .

30. The aforementioned actions of the defendant's supervisor and officers

were the direct and proximate cause of the violations of the United States

Constitution discussed above, and the attendant injury and   emotional

Distress, and loss to court case.

## FOURTH CAUSE OF ACTION
## ASSAULT AND BATTERY

31. Plaintiff re-alleges each of paragraphs 1-30 as if fully stated herein.

32. As described more fully in the proceeding paragraphs, plaintiff was harassed, beaten, and assaulted, by the two unknown city of West Covina,

employees   , then gets arrested and searched by officer Arams Badge #380

72

and officer A.Coppi Badge #329, without justification or provocation.

33. the actions of the defendant supervisor, officers of West Covina, and the

two known to the plaintiff [city employees], which occurred while acting

under color of law and within the scope of their employment, constituted

unjustified and offensive physical contacts, undertaken willfully and

wantonly, proximately causing plaintiff, vandalism to his own vehicle tires,

rear windshield and body shop, plus bodily injuries and loss to his court

Trial Case #BC524336.

34. The misconduct described in this count was objectively unreasonable and

was undertaken intentionally with willful indifference to plaintiff

constitutional rights

35. The misconduct described in this count was undertaken by the defendant

officers, while acting within the scope of their employment such that their

employer, City of West Covina, is liable for their actions.

36. Defendant City of West Covina is liable as principal for all torts

Committed by its agents.

## FIFTH CAUSE OF ACTION
## <u>INDEMNIFICATION</u>

37. Plaintiff re-alleges each of paragraphs 1-36 as if fully stated herein.

38- State of California law provides that public entities are directed to pay

any tort judgment for compensatory damages for which employees are liable

Within the scope of their employment activities.

## <u>**REQUEST FOR RELIEF**</u>

WHEREFORE, the plaintiff requests:

39. Unlimited Compensatory damages, including general and special

Damages according to proof.

74

40. Any further relief, which the court may deem appropriate.


## **Demand for Jury Trial**


41. Plaintiff hereby requests a jury trial on all issues raised in this complaint.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Defendants Google Inc. & You Tube

**Defendants :**

Google Inc. &YouTube,1600 Amphitheater Parkway, Mountain View, California 94043 both are sued for their corporation capacity, For Breach of contract, Fiduciary and declaratory relief.

Consumer Complaint Agency

www.consumercomplaintagency.org

1-888-374-7305 (phone)

1-888-737-6930 (fax

**Case ID is: 6621361547**

I am filing my complaint against Google Inc. and youtube,since I am member with them and partner they use my company name webpage and also my 50 video[on YouTube] and my company business website to post ADS, for all types of business, I am with Google for more than 10 years, and you tube since 2009. I complained for them to pay me , several times, they never pay me a Penney, neither Google Inc. Nor you Tube.com

<p align="center">complaint</p>

My name: Mahmoud M Mahmoud

My business Name: mahmoud import export trading.

1
2
3
4
5
6
7
8
9   38.On or about January 19, 2012, I checked on my application again on the web

10  Sit www.uscis.gov , I found that my application receipt ##MSC-07-800-23170,

11                              Complaint

12         Was approved with oath ceremony and  card production , that's the reason I

13         applied

14         for N-400, Application for Naturalization on January 19,2012[ application

15         number

16         NBC*002351518], which The DHS  USCIS, denied it also on date July2012

17         The reason they need the green card, which is never received or issued one

18         for  me

19         Until this minutes. Despite I am law permanent resident since June 13, 2001

20         [EXHIBIT            ].

21

22  39.    On or about December 19th, 2014 I reviewed my Freedom of Information

23         Act (FOIA) after it was received from my previous attorney Mr.Sedaghat,

24  I found on My FOIA file A070532464, some other information belongs, Hispanic

25  Male, A lot of information omitted and been hide it , fraudulent , and also after my

26  Application for Green Card # MSC-07-800-23170, was approved on March

27  10,2009, and it was for Oath Ceremony , and card production , The DHS

28

"district23" district directors, supervisors, and officers committed fraud by order

from Defendant Director Mr. Robert M.Cowan

To stop production of my approved green card, "Shown on My FOIA file

A070532464" DHS-USCIS, INTERM CASE MANAGEMENT SOLUTION

[THE PAGES FROM 300 TO 305 and a lot of black pages with nothing on it and

also mixed my information record with Hispanic male, which is not appropriate

and not acceptable by the USA. Constitution, (see *ACLU v. DHS for FOIA Civil*

*action case on August 25, 2010) see also (ACLU v, DHS, June 5th, 2013).*

That's why I filled My Federal Civil Rights Complaint, to show how bad I been

treated by DHS, US.CUSTOMS, Border Protection, Law Enforcement and other

government agency and individuals

Involved in my complaint, *See also, (Franco Gonzales v. holder April23, 2013).*

40. Add to that: Facing more than 4 accidents "Attempt to murder" first and

second degree, in the years 2008, 2009, 2010, 2011, and 2013, last incident

Was at  City of West Covina, April 14th &15,2015.

Defendants' names were mentioned above my complaint previously

### **FIRST CAUSE OF ACTION**

The defendant violated my civil rights by unlawful arrest ,abuse, searches, police

brutality ,harassments and misconduct [4th and 14th

Amendment 42U.S.C.1983, since on date April14, 2015, the defendant

1   Had city of West Covina, city officials and police captain and

2   Supervisors And officers [officer A. Coppi badge #329& officer Arams

3

4   Badge#380, Arrested me, for nothing and had me to stay at citrus

5   Valley Covina, hospital for 24 hours, they did so, to prevent me from

6

7   Appearing in my trial court hearing, for date April 15th, 2015 for my car

8   Accident on date December 15, 2011, trial case #BC524336, at the

9

10  Superior court of Los Angeles, located at 111 N. Hill ST. Los Angeles

11  California 90012, police report #15-2851.

12

13  As a result I lost my case, since neither my attorney Mr. Jacob, nor I

14  Appeared in court and the judge dismissed my case.

15

16  A. Plaintiff re alleges, paragraph 1 through 22 - Paid 8

17

18  B. By doing the acts described in paragraph, defendants caused and

19

20  C. Or permitted the violation of plaintiffs fourth and fourteenth

21

22  Amendments rights to be free from unreasonable searches and

23  Seizures, thereby entitling plaintiff to recover damages ,emotional

24  Stress; with intend to cause fear and intimidation, pursuant to

25

26  42U.S.C. 1983, pursuant to the federal hate crimes statistics act

27

28

of 1990 , 28 U.S.C. &534et seq. and 42U.S.C.14141.

## SECOND CAUSE OF ACTION

The defendants violated my civil rights by denying my rights to receive

Medical care and treatment in nondiscriminatory manners, either through

Health care providers under the Medi-cal program or through doctors

Hospitals, neurosurgery, and dentists, since the truck accident on date

December 15,2011 injured my left arm, my neck and my lower back

Which will cost , neurosurgery operations for more than .$300,000.00 ,

And neither the truck insurance, nor the my medical covered the cost,

Also the defendants on date June 9th, 2014, permitted Dr. Edwin to do

Angiograms procedures for me, affected my heart and made my left arm

Completely disable, made me suffer and live in pain, with discomfort

In my entire back and neck, [ I filled my complaint to California medical

Board on date 6/28/2015].

PAGE1-P1 - P22 - PAGE80

A. Plaintiff re alleges paragraph 1 to 22

B. By doing the acts prescribed in paragraph 1, Defendants caused

C. Or permitted , the violation of his civil rights and thereby entitling

D. Plaintiffs to recover damages, emotional stress, disabilities ,

Pursuant to 42U.S.C.Section 1983& pursuant to the federal hate

Crimes statistics act of 1990.


### THIRD CAUSE OF ACTION


The defendants violated my civil rights first and second and fourteenth

Amendments, by preventing me from visiting my family [five kids] for

Long periods of times exceeded 17 years [from 4th of July 1998 to present], by

Delaying processing my green card: from June 13,2001 to

March 10, 2009, then made me repeat myself again by applying for

Asylum application or I face removing procedure , although my green

Card was approved since March 10,2009, the DHS and the USCIS

Both kept it on hold, and denied my application for citizenship.

[I filled my complaint to office of department of home land security

Civil Rights and liberties on date 4th of July, 2015].

B. plaintiff re alleges, paragraph 1 through 22

C. by doing the acts described in paragraph 1, defendants caused /or

D. permitted the violation of plaintiff's first and second, fourth and fourteenth

Amendments rights to be free from unreasonable searches

And seizures, thereby entitling plaintiff to recover damages, emotional

Stress, with intend to cause fear and intimidation, pursuant to 42 U.S.C.

1983 and pursuant to the federal hate crimes statistics act of 1990,

28 U.S.C. &534 et seq and pursuant to 42U.S.C.14141.

## FOURTH CAUSE OF ACTION

. The defendants violated my civil rights by "attempted to murder" me

Personally first and second degree to prevent me from appearing at the

U.S. immigration court, located at 6 olive street, Los Angeles, CA 90014 for more

Than 4 times, year 2008, 2009, 2010, 2011, and the last Time was on July 18, 2013.

a. Plaintiff re alleges, paragraph 1, through FROM PAGE1 TO PAGE 82 22 PARAGRAPH

b. By doing the acts described in paragraph 1, defendant caused and / or permitted

The violation of plaintiff's fourth and fourteenth amendments rights, to be free

From unreasonable searches and seizures, thereby entitling

c. Plaintiff to recover damages, emotional stress, with intend to cause fear and

Intimidation, pursuant to the federal code for "attempt to murder first and second

Degree 18U.S.C.SECTION 1512 &42U.S.C.1983 and pursuant to

The federal hate crimes statistics act of 1990.

## **FIFTH CAUSE OF ACTION**

The defendants violated my civil rights for" DUE PROCESS", Punitive

Damages and negligence pursuant 42U.S.C.1983, 42U.S.C.12182 and

Government code11135.

 a. Since the defendant permitted delaying the process of the plaintiff social
   security
 b. supplemental income from July 2nd ,2013 until October

22, 2015, which caused the plaintiff and his family to face serious financial

hardship and difficulties, even the defendants permitted, West Covina , social

security office to harasses, discriminate, and even stop payments the plaintiff

monthly retirement pension for more Than 3 month's .

PAGE   TO PAGE 83

b. Plaintiff re alleges paragraph 1 through 22

c.  By doing the acts prescribed above, defendants caused/or permitted the
    violation of plaintiff rights to due process guaranteed by the fourteenth
    amendment , thereby entitling plaintiff to recover punitive

d. Damages , loss of income, emotional stress , with fear and intimidation ,
   pursuant to 42 U.S.C.1983.

## **Request for Relief**

Wherefore, the plaintiff requests:

 Unlimited compensatory damages, including general and special damages

According  to proof.

Any further relief, which the court may deem appropriate.

## **Demand for Jury Trial**

.

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: December   , 2015

Signature

By MAHMOUD M. MAHMOUD

Plaintiff in pro per,

84