1  Mahmoud Mohamed Mahmoud
2  Mahmoud.mahmoud@aol.com
3  396 s California Ave#2924
   West Covina, California 91793
4  Phone: 626.560.5101
5  Plaintiff in pro per
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

JAN 26 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

9          **UNITED STATES DISTRICT COURT**
10         **CENTRAL DISTRICT OF CALIFORNIA**

11  **MAMOUD M. MAHMOUD**         )      **NO.CV 15-7763-GW (KLS)**
12                    Plaintiff    )      Reply & Objections To:1/5/16
13            V.                   )      The Magistrate's Judge's
14  Corinne Luna, et al.,          )      Report and Recommendation
15                    Defendants   )      **STATEMENT OF "Who is**
16                                 )      **Being Sued for What"**

17
18      Plaintiff's Written Statements with Names of Defendants State officials
19      And DHS, Law Enforcement and other Government Agencies officials.
20           **"Who is Being Sued for What"**
21
22  **To The Honorable Judges of The Set Court:**
23
24  The Plaintiff hereby submits his reply and objections to the Magistrate Judge's
25
26  Report and Recommendation (R&R) dated January5, 2016.
27  (with respect For Discussion  line no.13, page )
28              STATEMENT WHO IS BEING SUED FOR WHAT

                              1

"ALL the- Defendants –Unlawfully –Harmed- Plaintiff's –Accusation" and that under Federal Rule (8) a of Civil Procedure "The Plaintiff's is entitled to Relief"

Since the plaintiff's faced Race discrimination and **Tort** from number of

government Agencies, private actors, [ direct or indirect]  and from other

Individuals, (<u>from his own Muslims Community</u>) violated The U.S. Constitutional right during  the period from May,  2002, until writing this statement of STATEMENT **WHO IS BEING SUED FOR WHAT** in support thereof,

Plaintiff hereby seeking justice and charges to be pressed on those who were

 Mentioned by the name, title and address, and their wrong doing in his second

Prepared, neatly typed 84 pages Amended Complain, which was brought with 356

Supporting document, as evidence to his Allegations to kind Attention the

Honorable Judges of the Federal District Court, Central District of California

Seeking and Praying for **Jury Trial, Unlimited compensatory   Damages**

**Injunctive Relief, Pursuant To: 42 U.S.C. 1983.**

*VIOLATION OF ELEVENTH AMENDMENT*
*UNDER EX PARTE YOUNG ,PRIVATE PARTIES CAN SUE*
*STATE OFFICIALS IN THEIR OFFICIAL CAPACITY TO ENFORCE*
*FEDERAL LAWS AND REGULATIONS, BUT ONLY FOR PROSPECTIVE*
*INJUNCTIVE AND DECLARATORY RELIEF.*

STATEMENT WHO IS BEING SUED FOR WHAT

2

*ACCORDINGLY, THERE MUST BE AN ONGOING VIOLATION OF*

*FEDERAL LAW TO SUPPORT PROSPECTIVE RELIEF, SUCH RELIEF*

MAY INCLUDE NOTICE TO THE PLAINTIFF CLASS OF THE AVAILABILITY OF
REMEDIES UNDER STATE LAW


"STATE OFFICIALS MAY BE SUED FOR DAMAGES IN THEIR INDIVIDUALS

CAPACITY FOR VIOLATIONS OF FEDERAL CONSTITUTIONAL OR STATUTORY

RIGHTS COMMITTED IN THE COURSE OF OFFICIAL DUTIES BUT ARE ENTITLED TO

CLAIM QUALIFIED IMMUNITY."

**Who is Being Sued for What"**

| **NAME** | **ADDRESS** | **TITLE** | **SUED FOR** |
|---|---|---|---|
| 1.the people of the state of California, 95814 | 1500 11TH, Street, Sacramento, CA95814 | California secretary of the State on 05/6/2002 | Sued for their individual and official capacity, Liable for their defendants officers FILE CREATION , false arrest , and jail for innocent plaintiff mahmoud case GA051132 |
| 2.defendants victor Garson | **Law enforcement Los Angeles, ca** | Working for los Angeles county police department | sued for his indiv. capacity, for making false arrest, and jailed plaintiff 5/6/02 |
| Name | Address | Title | Sued for |

3

| | | | |
|---|---|---|---|
| 3.officer Paris Cohen | **Law enforcement Los Angeles county** | **Officer and detective** | **His individual and official capacity ,for fals arrest, imprisonment violation 4amendment,violation of Property search without warrant, violation of 42USC.1983 detention** |
| 4.officer miller | **Los Angeles county** | **Officer and detective** | **Same violation above Case GA051132** |
| **5.Robert C.** | **Los Angeles county** | **Officer and detective** | **Same violation above Case GA051132** |
| **6. defendant attorney district los Angeles time arrest happened** | **Los Angeles county** | **The los Angeles Attorney district** | **Sued for his or her official and individual Capacity for fail to train his or her officers ,misconduct ,police brutality , false arrest and conspiracy.** |
| **7.defendant police captain Altadena Sheriff's department .time 5/6/2002** | **780 E.ALTADENA DRIVE.,ALTADENA 91001** | **POLICE CAPTAIN** | **SUED FOR HIS INDIVIDUALE CAPACITY , VIOLATION OF 42USC.1983, CONSPIRACY,FALS** |

| | | | |
|---|---|---|---|
| | | | **ARREST AND IMPRISONMENT.** |
| 8.policeofficers & detectives Altadena Sheriff's Dept. time 5/6/2002 | **780 E.ALTADENA DRIVE.,ALTADENA 91001** | **Police officers and detectives were involved on date 5/6/2002case GA051132** | **SUED FOR their INDIVIDUALE CAPACITY , VIOLATION OF 42USC.1983, CONSPIRACY,FALS E ARREST AND IMPRISONMENT** |
| **9. officers the US. Customs Border Protection (ICE), those who were involved on 5/06/2002 case.GA051132** | **US. Customs Border Protection. Ocean blvd., long beach, CA** | **Officers US. Customs** | **SUED FOR their INDIVIDUALE CAPACITY , VIOLATION OF 42USC.1983, CONSPIRACY,FALS E ARREST AND IMPRISONMENT** |
| | | | |
| | | | |
| | | | |
| | | | |

STATEMENT WHO IS BEING SUED FOR WHAT

## Defendants of the Department of Home Land Security District23

| Name | Address | Title | Sued For |
|---|---|---|---|
| 1.Corinne Luna | 300 N. Los Angeles Street, CA90012 | Field office Director DHS23 | Her individual capacity, Delayed processing my application for green card A070532464,from 2002 until today's date, race discrimination&depreviation prevented me from seeing my five kids for more than 16 years, failed to train her employees. |
| **2. LAURA PATCHING** | SAME ABOVE | CHIEF OF THE OFFICE OF CITIZENSHIP D23 | **DENIED MY APPLICATION FOR CITIZENSHIP, ALTHOUGH I AM PERMANENT RESIDENT SINCE 6/13/2001 SEE EXHIBIT A 12/28/2015** |
| **3.JANE ARELLANO** | **SAME ADDRESS ABOVE** | CHIEF OF THE OFFICE OF CITIZENSHIP D23 | **CONSPIRACY, SAME WRONG DOING ABOVE, RACE DISCRIMINATION** |

| 4.MR.ROBERT COWAN | DHS D23 | DISTRICT DIRECTOR OF DHS23 | HIS INDIVIDUAL CAPACITY , CANCELLED MY GREEN CARD PRODUCTION A070532464 ON 9/14/2010, FOR NO REASON, PREVENTED ME FROM SEEING MY FAMILY FOR MORE THAN 16YEARS, CAUSED ME AND MY FAMILY SERIOUS FINANCIAL HARDSHIP, RACE DISCRIMINATION |
| --- | --- | --- | --- |
| 5.FOIA DIRECTOR &FIELD DISTRICT OF DHS HEADQUARTER | FOIA OF DHS HEADQUARTER | FOIA DIRECTOR & FIELD DISTRICT OF DHS HEADQUARTER | FOR THEIR OFFICIAL AND INDIVIDUALS CAPACITY ,FOR COMMITTED FRAUD IN MY FOIA FILE |

| | | | |
|---|---|---|---|
| | | | **A070532464** |
| | | | **HIDED,** |
| | | | **OMITTED,AND** |
| | | | **ERASED MY** |
| | | | **INFORMATION** |
| | | | **SEE** |
| | | | Case 2:15-cv- |
| | | | 07763-GW-KS |
| | | | Document 13-7 |
| | | | Filed 12/28/15 |
| | | | Page 1 of 7 Page |
| | | | ID #:662 |
| **6.JAMES MC CAMENT** | **D23** | **CHIEF OF USCIS** | **CANCELLED MY APPLICATION FOR CITIZENSHIP& RACE DISCRIMINATION** |
| **7.SUSAN M.CURDA** | **D23** | **DISTRICT DIRECTOR** | **SUED FOR HER INDIVIDUAL CAPACITY, RACE DISCRIMINATION&CONSPIRACY** |
| **8.LINDA JOHNSON** | **D23** | **SUPERVISOR D23** | **SUED FOR HER INDIVIDUAL CAPACITY ,RACE DISCRIMINATION&** |

8

| | | | CONSPIRACY AND DEPREVIATION |
|---|---|---|---|
| 9.SUPERVISOR DANIELLE | D23 | SUPERVISOR | RACE DISCRIMINATION AND CONSPIRACY |
| 10.A BOND | D23 | OFFICER D23 B110 | FOR HER INDIVIDUAL CAPACITY , CALLED HER SUPERVISOR TO THROW ME OUT , BY CALLING THE SEC. ON ME DATE 9/29/2002, THEN SENT TO MY ADDRESS |

| | | | |
|---|---|---|---|
| | | | **TERMINIAT ION FOR MY CASE DATE 3/30/2003** |
| **11.CLAUDIA ESCOTO** | **D23** | **OFFICER** | **HARASSEM ENT RACE DISCRIMIN ATION** |
| **12.ESTHER CASTFIEDA** | **D23** | **OFFICER** | **HARASSEM ENT RACE DISCRIMIN ATION** |
| **13.OFFICER SPEECE** | **D23 OFFICE CITIZENSHIP** | **OFFICER** | **SUED FOR HIS INDIVIDUA L CAPACITY , QUESTION ED ME WITH HARASSEM ENT ABOUT CASE GA051132,** |

| | | | |
|---|---|---|---|
| | | | THEN CANCELLED MY APPLICATION FOR CITIZENSHIP, A 070532464, ALTHOUGH I AM GREEN CARD SINCE 6/13/2001 SEE EXHIBIT A. |
| 14. JUDGE O'SULLIVAN | US.IMMIGRATION COURT AT 606 OLIVE ST, LA ,CA 90014 | US.IMMIGRATION JUDGE | FOR Her,INDIVIDUAL CAPACITY, IGNORED MY COMPLAIN AGAINST DHS23 FOR ATTEMPT TO MURDER |

| | | | |
|---|---|---|---|
| 1 | | | ME, FOR |
| 2 | | | MORE |
| 3 | | | THAN 4 |
| 4 | | | TIMES, |
| 5 | | | GRANTED |
| 6 | | | WITHDRA |
| 7 | | | WAL, |
| 8 | | | ATTORNEY |
| 9 | | | DANTE, |
| 10 | | | AND |
| 11 | | | SHWAN |
| 12 | | | SEDAGHAT |
| 13 | | | FROM MY |
| 14 | | | COURT |
| 15 | | | CASE |
| 16 | | | A070532464 |
| 17 | | | PREVENTE |
| 18 | | | D ME FROM |
| 19 | | | SEEING MY |
| 20 | | | FAMILY BY |
| 21 | | | IGNORING |
| 22 | | | MY OLD |
| 23 | | | STATUES |
| 24 | | | THAT I AM |
| 25 | | | GREEN |
| 26 | | | CARD |
| 27 | | | SINCE |
| 28 | | | 6/13/01, AND |

| | | | |
|---|---|---|---|
| | | | **APPROVED MY ASYLUM TO PREVENT ME FROM VISITING MY COUNTRY. SINCE MY COUNTRY RISTRICTED.** |
| **15. ADAM PEARL** | **606 OLIVE STREET, LA, CA 90014** | **ATTORNEY US.IMMIGRATION** | **FOR HIS INDIVIDUAL , CAPACITY, HARASSED ME , INSIDE THE US.IMMIGR ATION court ROOM INFRONT OF JUDGE O'SULLIVA N, MADE** |

| | | | |
|---|---|---|---|
| | | | FUN OF ME, PASSED MY NAME TO LA LAW ENFORCEMENT AND OTHER GOVERNMENT AGENCIES TO DO RACE DISCRIMINATION FOR ME , AS FAVOR TO D23. |
| 16. ADRIANA TALL LISBIAN LATINO LADY | APPLICATION SUPPORT CENTER, 9251 GARVEY AVE.,EL MONTE, CA | EMPLOYEE FOR PHOTO AND FINGER PRINT | SUED FOR HER INDIVIDUAL CAPACITY, EACH TIME I GO THERE FOR PHOTO AND FINGER PRINT SHE HARASSED ME, AND GAVE VERY HARD |

| | | | TIME, RACE Discrimination. |
|---|---|---|---|

STATEMENT WHO IS BEING SUED FOR WHAT

| Name | Address | Sued for |
|---|---|---|
| 1.Judge Stern Douglas | Alhambra Courthouse | His Individual Capacity Denied my small claim Case #ALH13G05607 I lost over $3768.00 . |
| 2.Judge Teresa A. Beaudet. | Superior Court of LA Courtroom, department97 , Los Angeles, County , 111 N. Hill Street, L A, California90012. | Her individual capacity She dismissed my court Trial Case #BC524336 Although I notified her That my attorney Jacob Did serious legal malpractice . |

STATEMENT WHO IS BEING SUED FOR WHAT

STATEMENT WHO IS BEING SUED FOR WHAT

| | | |
|---|---|---|
| 1. **The Public storage** | 15534 Arrow HWY, Irwin dale, CA 91706 | For their Cor. Capacity, I Lost my valuable items. Refused to pay me |
| **2.Sedgwick** | | **small claim Case #ALH13G05607** refused to pay me |
| **3.Defendant driver Elivd Garcia &Gerardo Rodriguz** | | run the stop sign , and pulled in front of my car damaged the front end of my vehicle completely Pasadena police report #13010247 on 7/18/13 |
| 4 . A . ***Defendant: City of Baldwin Park Police captin city of Baldwin park, Mayor and city council*** <br><br> ***Defendat Rico brawolo Defendat Jose Gordo Defendat Angel Martinze*** | City of Baldwin Park,CA <br><br><br><br><br> 15403 Sandstone street, Baldwin park, CA 91706 | committed  "attempt to murder" first and second degree on date June 6,2008 , she damaged my vehicle Lincoln town car front end completely ,CA License plate No.3WPK026 on  ST Live Oak , Baldwin Park, CA .Inside waste management san Gabriel valley. Police report no. 08-18522 by officer |

| | | |
|---|---|---|
| 1   **_&Defendant amira_** <br> 2   **_shalaby_** <br> 3   **_Auto Car Accident_** <br> 4   **_6.6.2008_** <br> 5 | 1324 s. 10 Ave., <br> ARCADIA, CA91006 | kamjia from Baldwin Park police department |
| 6   **5. Defendant Mr.** <br> 7   **Jerome** <br> 8 <br> 9 <br> 10 | Cenntenial Place, located at: 235 E. Holly street, Pasadena, CA91103 | committed crime <br> By dropping, two microwaves, next to my head from third floor The centennial Place. |
| 11   **6 , Defendants YMCA &** <br> 12   **City of Glendale ,et al** <br> 13   a. Mayor Ara <br> 14   b.City Council Paula <br> 15   c.city council Laura <br> 16   d.Fridman <br> 17   e.Vartan <br> 18   F.C Police Robert Castro. | City of Glendale <br> 813 E. Broadway, <br> Glendale, Ca 91206 | YMCA, and the City pg Glendale sued, On and about date **May 20th,** **2009**, I had a poison food, while I was living at YMCA,CITY OF GLENDALE |
| 19   **7 . Temple City &owner the** <br> 20   **ApartmentsBuilding** <br> 21   **7000,7016 ROSEMEAD BLVD** <br> 22   **SAN GABRIEL, CA 91775** <br> 23   a.Mayor Tom Chavez <br> 24   b.william Man <br> 25   c.C.Police  Coronne Jacob <br> 26   d.D David and Harlod <br> 27   Blevins. | Temple City <br> 8838 Las Tunas Dr., <br> Temple City, CA 91780 | Unknown person , entered the Property parking lot ,[late at night ] and cuts off my auto car lincoln town car sear bilt, CA License plate No.3WPK026. <br> Intending to get me killed |

STATEMENT WHO IS BEING SUED FOR WHAT

| | | |
|---|---|---|
| 8. **Adam Jacob Bar Wick, et al** | | Sued for his corporation and his individual Cap , [attempt to murder first and second degree],Driver the electricity truck Mr. Adam Jacob Bar wick, damaged my Vehicle. Came very speeding from my left side to my lane left side and hit my vehicle, And injured me very Badly , |
| 9, **Defendant Attorney Dante Valera, Bar No.249065** | 3325 Wilshire Blvd.Room754, Los Angeles, California | Sued for his individual capacity, knows very well that there is" Fraud" been committed by Department of Home Land Security," D23" and Aplenty of information been missing, pages, hided<br><br>Or disappeared from my [FOIA] file A #070532464, Mr. Dante, |

| | | withdrawal |
|---|---|---|
| | | Himself right after court hearing December 16th, 2011. |
| | | |

### Defendants names of City of Irwin Dale and it's Police Department

| 1.Mr. Mayor Mark Breceda | City of Irwin Dale | Sued for their individuals capacity, fails to train |
|---|---|---|
| 2.Manual Garcia | "        " | Their officers, since their |
| 3.Council member ,Julian Miranda | "''  " | Officers are following me To each place I go, plus They participated with |
| 4.mayor in temp, Mr. Albert Ambriz | "''  "'' | DHS, and other police Officers, and removed Valuable items from my Storage space ,police report #13-0697 6/5/2013 |
| 5. H, Manual Ortiz | | |
| 6.cheif police Anthony Miranda | | |
| 7.Detective George zendejas | | |
| 8. police officer Cory B777 | | Same above. |

**STATEMENT WHO IS BEING SUED FOR WHAT**

Defendants of office West Covina, Social Security

| | | |
|---|---|---|
| 1. social security commissioner | | Sued for their individuals Capacity, defendants delayed processing my |
| 2. Ms.Harvey | | Application for SSI |
| 3. supervisor Ms.Harvey | | They caused me, and my family , serious financial Hardship, and difficulties, until today's date. |

Defendants Manager Baldwin Park Chase Bank, J.P. Morgan,

| | | |
|---|---|---|
| 1.excetive director of chase bank, J.P. Morgan | Chase bank, international & domestic Collection PO.Box 2668 Houston, Texas 77252. | Sued for their individuals Capacity, since they did not properly deposit a check for $350,000 brought to Baldwin Park, branch, then assessed plaintiff a $101 Collection fee. On 8/13/2013. |
| | Chase Bank, 14483 E.Ramona , Blvd, Baldwin Park, CA 91706 | |
| 2. Mr. Carlos , branch m | | Same above |

STATEMENT WHO IS BEING SUED FOR WHAT

20

### Defendants the City of Los Angeles

| | | |
|---|---|---|
| 1. Mayor City Of L A | 100 W 1st, street, LA, CA90012 | Sued for their individuals Capacity, they fail to train, their officers, race discrimination, following |
| 2.City Council of LA | | Me, while I am trying to Conduct business, in downtown LA, and any place near by. |
| 3.Cheif Police of LA | | |
| 4.Cheif Airport Police D 5. Supervisors and police officers of LA | | |

### Defendants Car 1st, and other hospital doctors

| | | |
|---|---|---|
| 1.Car 1st, Inc. | | 1.Sued for their corporation Capacity, refused to do Neurosurgery for plaintiff Neck, and lower back , since it well cost them more than $300,000. |
| 2. Defendant Dr. Espitia Dennis from Kiser Permanente, BaldwinPark | Kaisr Permanente, Baldwin park, CA | 2.Dr.Espitia through me out from the emergency room, after 55minutes from admission, while I was suffering cornice Neck Pain. |

**STATEMENT WHO IS BEING SUED FOR WHAT**

| Defendants Names of Medical Malpractice Doctors | | |
|---|---|---|
| 1.Dr.Hubart<br>2. Dr.Edwin Kok | Southern Califarnia, Heart Center, 525 N.Garfield Ave. Monterey Park, CA91754 | Sued for their individual capacity, for medical malpractice, date June 9th,2014. |

| Defendant City of Pasadena, state of California | | |
|---|---|---|
| 1.Mayor Terry Tome<br>2. City C D1 Tyron Hampton<br>3.City C D2 Margarer | 100 N. Garfield Ave. Suite 228, Pasadena, CA | Defendants are sued for their individuals capacity |
| 4. D3 John Kennedy<br>5.D4 Gene Masuda<br>6.D5 Victor Gordo | | Failed to train their officers,& race discrimination |
| 7.D6 Steve Madison | | |
| 8. D7 Andy Wilson | | |
| 9. Chief police Philip | | |
| 10. D chief Darryl<br>11. John Perez | | |
| 12. Commander Chery M | | |

| Defendants of Google Inc, &You Tube | | |
|---|---|---|
| Google Inc. | 1600 Ampitheater Parkway | Sued for their corporation Capacity, they never pay Me for using my business Co, Website and more than 55video, by replacing Ads, for more than 10 years. |
| Youtube Inc. | Mountain View, CA9404 | |

STATEMENT WHO IS BEING SUED FOR WHAT

Defendants City of West Covina

| | | |
|---|---|---|
| 1.The City of West Covina | 1444 west Garvey Ave.,South West Covina CA91790 | Sued as Municipal Corporation, failed to train their police officers. |
| 2.Defendant officer Arams Badge #380 | West Covina Police Dept. | Sued for his official and individual capacity, at the time of events this complain was employed by the city of west covina. |
| 3. Defendant officer A.Coppi , | "          "" | Same Above |
| 4.Mr.Dave Faulkner | Chief Police West Covina | Sued for his official and individual capacity. |
| 5.Supervisor on duty time and date the event happened April 14th, 2015 | West covina police Dept. | Same above |
| 6. two known city employees of west covina | City of west covina | Same above |
| 7. Law office of Jacob Sverdlov | Located at 15250 Ventura Blvd suite 1220, Sherman oaks, CA 91403 | Sued for his individual capacity, conspiracy , legal malpractice |
| 8. Interinsurance Exchange of the Automobile Club AAA | | Sued for their corporation Capacity , cancelled the full cover insurance for the plaintiff auto car, time and date event happened. |
| | | |

| STATEMENT | WHO IS BEING SUED | FOR WHAT |
|---|---|---|
| Social Service | Hawthorne office | Sued for race discrimination |
| | Defendants of Auto Car Dealers | |
| GM/Joe HANANA, And GSM /MR.RAY AND Parts director JD .Johnson West Covina (Pen sake) | Mercedes-Benz of west Covina | Sued for their Corporation Capacity, they Accept samples from my business, for several times, and then refuse to buy, after Giving the plaintiff very hard time, bad treatment, and disrespect, race discrimination. |
| Mr. Rod parts manager INFINITI Monrovia, CAR DEALER . | INFINITI MONROVIA CAR DEALER | SAME ABOVE, AND CLOSED THE PHONE, SEVERAL TIMES ON ME, WHILE I WAS ASKING HIM FOR WORK, PLUS BAD TREATMENT. |
| Mr. Kevin, Parts M, Hyundai, Anaheim | ANAHEIM HYUNDAI, AUTO CAR | SAME ABOVE &RACE DISCRIMINATION. |
| Mr. Andrew GM Rusnak Pasadena | RUSNAK PASADENA CAR DEALER | ACCEPT SAMPLE , NEVER BUY |
| GM and Parts M Keith Bentley Rusnak THOUSANDOAKS. | BENTLEY RUSNAK, THOUSANDOAKS,CALIFORNIA | ACCEPT SAMPLE , NEVER BUY RACE DISCRIMINATION. |
| | | |

STATEMENT WHO IS BEING SUED FOR WHAT

STATEMENT WHO IS BEING SUED FOR WHAT

Straight way, and West Covina 91793 Imam Mosque Qurtba [Mr. Nagim] at

City of Duarte, California.    My Neighbors Jose Gordo, Rico brawly, Angel

Martinez, Sam Suleiman, Owner Frontier Financial service, Pasadena office,

Sam Kahteeb, Owner Auto Insurance, [JACKSON HEWIGHT] office on

Colorado, CA and Mr. Aaron Abdul shako or and his brother Joe and

Date: 1/26/2016

Name: mahmoud mahmoud

Signature:

Plaintiff in pre se

STATEMENT WHO IS BEING SUED FOR WHAT