Mahmoud Mohamed Mahmoud

Mahmoud.mahmoud@aol.com

396 s California Ave#2924
West Covina, California 91793
Phone: 626.560.5101

Plaintiff in pro per



FILED
CLERK, U.S. DISTRICT COURT

JAN 26 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MAMOUD M. MAHMOUD**

Plaintiff

V.

Corinne Luna et al.,

Defendants

) **NO.CV 15-7763-GW (KLS)**
) **DECLARATION IN SUPPORT**
) **OF MOTION FOR SUMMARY**
) **JUDGMENT PURSUANT TO**
) **FED.R.CIV.P. 56**
) **Hearing Date: March 24,2016**
) **Hearing Time: 8:30 AM**
) **Judge: G W**
) **Place: Court Room 10**
) **312N.Spring Street L A,CA90012**

I, mahmoud Mohamed mahmoud, declare as follows:

1.    I am the Plaintiff in the above-entitled case.

2.    I have personal knowledge of the following facts, and , if called as a
Witness, I could and would competently testify thereto.

3.    I discussed and attempted to resolve the issues raised in this motion
With the opposing counsel in this case on (date):

1

Declaration in Support of Motion for Summary Judgment

1.  US. Immigration and Naturalization Services Notice from :300 N. LA, LA

California 90012 dated 06/13/2001.

2. Pasadena Courthouse Case  GA 051132 Summary.

   3.U.S. Department of Justice immigration and Naturalization Services
   3/30/2003.

   4.      Letter DHS D23 on date 7/7/2005. By District Director Jane E.
           Arellano.

   5.      Notice to respondent plaintiff from us. Immigration court 8/1/2007

   6       .City of Baldwin park, 14403 e. pacific Ave., Baldwin park, ca 91706.
           Police report .

   7.  copy document green card approval 09/27/2009

Declaration in Support of Motion for Summary Judgment

Declaration in Support of Motion for Summary Judgment

8. defendant Robert Cowan denied letter, notice decision copy.


9.defendat Driver Adam Jacob , his truck damaged plaintiff auto car
on date 12/15/2011 police report copy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ⏐ ANUARY 26 , in 2016

Signature

Name Mahmoud M Mahmoud

Plaintiff  in Pro Per

Declaration in Support of Motion for Summary Judgment

4

# EXHIBIT A

**U.S. Department of Justice**

*Immigration & Naturalization Service*
*300 N Los Angeles St., LA, CA 90012*

Mahmoud Mahmoud
21707 Saticoy St. 35
Canoga Park, CA 91304

Re: A# _70-532-464_

The EAD application (I-765) you filed on behalf of your client on _06-13-01_, is being **denied** for the following reason(s) stated below:

Our records indicate:

( )   The file number you provided does not relate to the applicants information.  Provide proof the I-485 was submitted to the Los Angeles District office.

(X)   **The applicant is a lawful permanent resident.  If your client has NOT received an Approval notice and/or the alien registration card, filing an I-90 may be necessary.**

( )   Your client's permanent file is not located in the Los Angeles District.  The I-485 is currently at the <u>Western Service Center</u>, therefore, the application is being returned to you to be filed with the California Service Center, Laguna Niguel, CA.

( )   Your client's application for adjustment of status (I-485) has been denied.  At this time your client is NOT entitled to an employment authorization card.  You may submit a Motion to Reconsider/Reopen your client's case to:     P.O. BOX 532849
                                                                                                                                Los Angeles, Ca 90053-2849
                                                                                                                                Attn:  MTR Officer

( )   Los Angeles District Office no longer process Replacements of expiring Resident Cards, You may advise your client to visit any one of the centers located on the enclosed list.

( )   Other:

Sincerely,

Thomas J. Schlitgen
District Director
Signed for by:
M. Chica, IIO

Form G-343 (Rev. 8-20-82)

```
PAS                         TCIS - CASE SUMMARY          JUD DIST PAS
CASE# GA051132  DEF# 01  VIOL DT 050602    FILE DT 101802    TOTAL DEFTS 01
   FIRST MAHMOUD       MID MOHAMED    LAST MAHMOUND           SUFX
   ADDR  309 MOUNTAIN VIEW ST     CITY ALTADENA      ZIP 91001    ST CA
   DOB   08021953  SEX M  HAIR GRY  EYES       HGT 506  WGT 200  RACE A
ID#S: OLN              ST      LPD 4020084534 SSN            BKG
      VLN              ST                    MAIN        CII 022468299
AKA FIRST             MID                LAST              SUFX
PROS ATTY KATHLEEN CADY          DA       DEF ATTY PARIS COHEN         PD
                                          PROBATION IN EFFECT
BAIL-WRT INFO  UK  $                      WARRANT ORDERED    (101802)
                                          WARRANT RECALLED   (031903)
PREV EVENT MODIFICATION OF PROBATION  ON 031005 IN PASADENA DIV NEF
NEXT EVENT PROBATION IN EFFECT        ON     IN        DIV
   TOTAL DUE TO COURT $                     BALANCE DUE $
                       --- CASE DISPOSITION ---
CT VIOL              TYPE DG PLEA  DATE  CODE  PROB JAIL  A/O  FINE  SCH LC
01 350(A)(2) PC        MA     NC  060903  CON F003Y 180D
02 350(A)(1) PC        MA     NG  060903  DIN


FOR DETAIL DOCKET PRESS ENTER              ADDL CHARGES PRESS PA1
PRINT DOCKET _       NXT CASE#                DEF# 01          * MCA1 *
```



U.S. Department of Justice
Immigration and Naturalization Service

_Los Angeles, California 90053-2849_

## NOTICE OF TERMINATION

Mahmoud Mohamed Mahmoud
309 Mountain View Street
Altadena, CA 91001

FILE COPY    JAN 3 0 2003

A70 532 464

Dear Mahmoud Mohamed Mahmoud:

Reference is made to the application for permanent resident status that you filed on August 10, 1992, with this Service.

You are hereby notified that in accordance with Title 8, Code of Federal Regulations, section 103.2(b)(6), all action on the application has been terminated pursuant to the notice of withdrawal that you filed with this Service.

The termination is pursuant to a formal notice of withdrawal that you filed with this Service on October 6, 1993.

In accordance with Title 8, Code of Federal Regulations, Section 103.2 an applicant or petitioner may withdraw an application or petition at any time until a decision is issued by the Service or, in the case of an approved petition, until the person is admitted or granted adjustment or change of status, based on the petition. However, a withdrawal may not be retracted.

The Service's acknowledgement of a withdrawal may not be appealed. Withdrawal does not preclude the filing of a new application or petition with a new fee. However, the priority or processing date of a withdrawn or abandoned application or petition may not be applied to a later application or petition. Withdrawal shall not itself affect the new proceedings; but the facts and circumstances surrounding the prior application or petition shall otherwise be material to the new application or petition.

In accordance with Title 8, Code of Federal Regulations, § 274a.14(b)(1)(i), your authorization to accept employment was limited to the time necessary to decide this case. Inasmuch as the application for adjustment has been denied, authorization to accept employment is terminated, pursuant to Title 8, Code of Federal Regulations, § 274a.14(a)(1).

Additionally, pursuant to Section 212.5(d)(2)(i), any advance parole issued to you is hereby terminated and you are returned to your previous status.

Ex 3
Served 5/3/04

If you have failed to maintain your nonimmigrant status (i.e. tourist, business traveler) since your entry into the United States (and have been illegally in the United States for over six months after

April 01, 1997) you may be accruing "unlawful presence" in this country. If you entered the United States without inspection you are accruing "unlawful presence" since date of your arrival in this country or April 01, 1997, which ever is later. Pursuant to §212(a)(9)(B) of the Immigration and Nationality Act, as amended, any alien over 18 years old who is illegally in the United States after April 01, 1997, and accrues six months or more "unlawful presence" will be prohibited from being admitted to the United States should that person depart this country and again seek readmission within three years. If that same alien is illegally in the United States for over one year after April 01, 1997, departs the United States and again seeks readmission within ten years that person will be prohibited entry. If you were admitted as an nonimmigrant student and fell out of status you will begin to start to accrue "unlawful presence" as of the date of this denial notice. If you depart before you obtain six months or one year of unlawful presence respectively no bar to your future admission (including adjustment of status) will occur.

Sincerely,

Ronald J. Smith
Acting District Director



**Department of Homeland Security**
U. S. Citizenship and Immigration Services
*Office of District Director*

*300 N. Los Angeles Street*
*Los Angeles, California 90012*

MAHMOUD MOHAMED MAHMOUD
309 MOUNTAIN VIEW STREET
ALTADENA, CA 91001

*In response refer to:*
File No.  **A070 532 464**

Date:  **July 07, 2005**

Re:  Form Number I-765

Dear Mr. MAHMOUD:

This is in reference to your Application for Employment Authorization, Form I-765, submitted to this office on ___May 29, 2002___ and is based on your eligibility pursuant to Title 8 CFR 274a.12(c)(9).

Your application has been reviewed and there is no evidence of your eligibility for employment authorization for the category under which you have applied. Your I-485 application was terminated on January 30, 2003 please see attached termination letter.

Based on the foregoing, your application is denied. This decision is final and there is no appeal to this decision.

Sincerely,

*Jane E. Arellano*

Jane E. Arellano
District Director

234

## Notice to Respondent
**Warning: Any statement you make may be used against you in removal proceedings**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the CIS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by ICE.

---

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

_____                    Date: _____
(Signature and Title of CIS Officer)

---

### Certificate of Service

This Notice to Appear was served on the respondent by me on _____08/01/2007_____ , in the following manner and in
(Date)

compliance with section 239(a)(1)(F) of the Act:

☐ in person              ☐ by certified mail, return receipt requested              ☒ by regular mail

☐ Attached is a credible fear worksheet.
☒ Attached is a list of organizations and attorneys, which provide free legal services.
☐ The alien was provided oral notice in the_____language of the time and place of his or her
  hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____                    _Martha Beltran_____
                                                              Adjudications Officer
(Signature of Respondent if Personally Served)               (Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

U.S. Department of Homeland Security
Citizenship and Immigration Services

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No:   A70 532 464

**In the Matter of:**

**Respondent:**_____ MAHMOUD _____ Mahmoud _____ Mohamed _____

16044 Fellowship Street _____ La Puente, California 91744 _____
(Number, street, city, state and ZIP code)                                                     (Area code and phone number)

☒ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Egypt and a citizen of Egypt;
3. You were paroled into the United States at New York, New York on December 26, 1992 with permission to remain in the United States to complete your application for adjustment of status;
4. On January 30, 2003, your application for adjustment of status was denied;
5. At the time of your application for admission to the United States, you were not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, (Act) as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211 (a) of the Act.

☐ This Notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(I) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2)  ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

_____ To be set _____
(Complete Address of Immigration Court, Including Room Number, if any)

on ____ To be set ____ at __ To be set __ to show why you should not be removed from the United States based on the

charge(s) set forth above.

_____
Supervisory Adjudications Officer
(Signature and Title of Issuing Officer)

Date: ___ 08/01/2007 ___

_____
Los Angeles, California
(City and State)

**See reverse for important information**

Form I-862 (Rev. 3/22/99)N







CAR ACCIDENT — 6/6/2008

STATE OF CALIFORNIA                                            Steve Poizner, *Insurance Commissioner*

# DEPARTMENT OF INSURANCE
CONSUMER SERVICES AND MARKET CONDUCT BRANCH
CLAIMS SERVICES BUREAU
300 SOUTH SPRING STREET
OS ANGELES, CA 90013
www.insurance.ca.gov



August 13, 2008


Mahmoud Mahmoud
P.O. Box 2924
West Covina, CA 91793


**Our File Number: CSB-6359181**
**Regarding: Allstate Indemnity Company**
**Insured: Amira Shalabi**


Dear Mr. Mahmoud:

We have now completed our investigation into the insurance company's handling of your claim and we thank you for your patience.

Your dispute with the insurance company involves a determination as to whether or not its policyholder is legally liable for your damages. In its letters dated 6/24/08 and 7/30/08 (copies attached) to you, the insurer found that their insured is not legally responsible for the accident on 6/6/08. Consequently, the insurance company denied your claim. However, you assert that the other party is responsible for your loss. You have explained why you think that the policyholder is legally liable, but the insurance company asserts that, having conducted its own investigation; it could find no reason for its policyholder to be held responsible for your damages.

After reviewing the information provided, we conclude that we are unable to assist you further with this matter. The issues involved with your complaint indicate that there is a difference of opinion between you and the insurance company that this Department, as outlined in California Insurance Code Section 12921.4(a), does not have the authority to decide. When a dispute like this cannot be resolved through mutual compromise and agreement, the decision must be left to a neutral party such as a judge, a jury, or an arbitrator who must carefully weigh the merits of each party's argument and arrive at a fair and impartial decision.

The Department's closing of your file is not meant to reflect on the ultimate merits of any potential legal case nor is it intended to discourage you from taking further action that you deem appropriate. The Department's review is based on the information and documents that you and the insurer have provided and does not necessarily involve consideration of all potential legal authorities or theories that may apply. This letter is not intended to constitute legal advice. If you wish to pursue this matter further, you may want to consider a) contacting your own insurance company, if you are insured for this incident, b) filing a lawsuit in Small Claims Court, if the amount of your claim is $7,500 or less, or c) contacting an attorney for legal advice. In the event of a lawsuit or other legal action concerning this matter, this letter is not intended to preclude litigation of any disputed issue in a court of law or other legal proceeding.

Although we cannot assist you further in this matter, we appreciate your contacting us with your concerns. If you have any questions on other insurance-related matters, a good source of information may be found on our internet website at www.insurance.ca.gov or you may call our toll-free Consumer Hotline at 1-800-927-HELP (4357).

Sincerely,


N. Toledo
Associate Insurance Compliance Officer
Claims Services Bureau
(213) 346-6573
toledon@insurance.ca.gov                                    144

**Please refer to our file number when responding with us.**

**CITY OF BALDWIN PARK**
14403 E. Pacific Avenue
Baldwin Park, CA 91706
(626) 960-4011

CITY OF BALDWIN PARK
14403 E. PACIFIC AVENUE
BALDWIN PARK, CA 91706
Receipt: 39643
Operator: Patty J
10/1/2013 2:55:10 PM

**RECEIPT**

| | |
|---|---|
| POLICE MISC | $20.00 |
| Subtotal | $20.00 |
| Tax | $0.00 |
| Total Due | $20.00 |
| Cash | $20.00 |
| Change Due | $0.00 |

DATE 9/30/13    FEE $20.-

RECEIVED FROM MAHMOUD

MAHMOUD MOHAMED

3916 CALIFORNIA

WEST COVINA, CA

CB-18522

PURPOSE TC

ISSUED BY KSMITH

THIS RECEIPT WHEN VALIDATED
BECOMES A PART OF THE RECORDS
OF THE CITY OF BALDWIN PARK

143

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC COLLISION REPORT - Property Damage Only
CHP 555-03 (Rev. 7-03) OPI 061

Original to Officer; copy(ies) to involved party(ies)

| SPECIAL CONDITIONS | HIT & RUN | CITY | JUDICIAL DISTRICT | NUMBER |
|---|---|---|---|---|
| PRIVATE PROPERTY | NO | BALDWIN PARK | WEST COVINA | 08-18522 |
| | COUNTY LOS ANGELES | REPORTING DISTRICT 1906 | BEAT | REPORTING OFFICER K MESIA |

| COLLISION OCCURRED ON 13440 LIVE OAK ST, BPK | MO. 01 | DAY 26 | YEAR 08 | TIME (2400) 1150 HRS | NCIC 9060 | OFFICER I.D. 2879 |
|---|---|---|---|---|---|---|

AT INTERSECTION WITH
Or: _____ Feet/Miles of PARKING LOT

DAY OF WEEK FRIDAY   TOW AWAY ☐ Yes ☑ No   STATE HIGHWAY RELATED ☐ Yes ☑ No

| PARTY 1 | DRIVER'S LICENSE NUMBER B98224466 | STATE CA | CLASS C | AIR BAG M | SAFETY EQUIPMENT G | SHADE DAMAGED AREA | (ALLIED AGENCY USE ONLY) |
|---|---|---|---|---|---|---|---|
| DRIVER | NAME (FIRST, MIDDLE, LAST) MAHMUD MOHAMED MAHMUD | | | TELEPHONE NUMBER (626-833-7129 | | | Report taken ☐ Yes ☐ No |
| PED | STREET ADDRESS 309 MOUNTAIN VIEW ST | (City) ALTADENA | (State) CA | (Zip Code) 91001 | | | Exchange of information ☑ Yes ☐ No |
| PK VEH | SEX M | RACE M | BIRTHDATE 8-2-53 | INSURANCE CARRIER AFFIRMATIVE INS CO | POLICY NUMBER AIC 7107835 | | |
| BICYCLE | DIR. TRAVEL W | ON STREET OR HIGHWAY ON PARKING LOT | | SPEED LIMIT 5 | | PARTY 1 | |
| OTHER | VEH. YEAR 1997 | MAKE / MODEL / COLOR LINC/CONT/GREY | LICENSE NUMBER 2WPK026 | STATE CA | VEH. TYPE OT | | |

| PARTY 2 | DRIVER'S LICENSE NUMBER D4493592 | STATE CA | CLASS C | AIR BAG | SAFETY EQUIPMENT | SHADE DAMAGED AREA | |
|---|---|---|---|---|---|---|---|
| DRIVER | NAME (FIRST, MIDDLE, LAST) AMIRA SHALABI | | | TELEPHONE NUMBER 626-833-6515 | | | |
| PED | STREET ADDRESS 1324 S. 10TH AVE | (City) ARCADIA CA | (State) | (Zip Code) 91006 | | | |
| PK VEH | SEX F | RACE M | BIRTHDATE 6-15-85 | INSURANCE CARRIER ALLSTATE INS | POLICY NUMBER 699485723 | | |
| BICYCLE | DIR. TRAVEL E | ON STREET OR HIGHWAY PRIVATE LOT | | SPEED LIMIT 5 | | PARTY 2 | |
| OTHER | VEH. YEAR 2005 | MAKE / MODEL / COLOR LNDR/RR/GREY | LICENSE NUMBER 5NTV933 | STATE CA | VEH. TYPE OT | | |

| WIT. R/O | AGE | SEX | NAME | ADDRESS | PHONE NUMBER | PARTY NO. |
|---|---|---|---|---|---|---|
| | AGE | SEX | NAME | ADDRESS | PHONE NUMBER | PARTY NO. |
| NAME | | | | ADDRESS | DAMAGED PROPERTY | |

INDICATE NORTH ↑N

| PRIMARY COLLISION FACTOR LIST NUMBER (#) OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | SPECIAL INFORMATION | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|
| # A VC SECTION VIOLATED: | A CONTROLS FUNCTIONING | A HAZARDOUS MATERIAL | A - STOPPED |
| # B OTHER IMPROPER DRIVING * | B CONTROLS NOT FUNCTIONING * | B CELL PHONE HANDHELD IN USE | B PROCEEDING STRAIGHT |
| | C CONTROLS OBSCURED | C CELL PHONE HANDSFREE IN USE | C RAN OFF ROAD |
| C OTHER THAN DRIVER * | D NO CONTROLS PRESENT/FACTOR* | D CELL PHONE NOT IN USE | D MAKING RIGHT TURN |
| D UNKNOWN* | TYPE OF COLLISION | E | E MAKING LEFT TURN |
| E | A HEAD-ON | F | F MAKING U TURN |
| | B SIDESWIPE | G | G BACKING |
| WEATHER (MARK 1 TO 2 ITEMS) | C REAR END | H | H SLOWING / STOPPING |
| A CLEAR | D BROADSIDE | I | I PASSING OTHER VEHICLE |
| B CLOUDY | E HIT OBJECT | J | J CHANGING LANES |
| C RAINING | F OVERTURNED | K | K PARKING MANEUVER |
| D SNOWING | G VEHICLE / PEDESTRIAN | L | L ENTERING TRAFFIC |
| E FOG/VISIBILITY | H OTHER:* | M | M OTHER UNSAFE TURNING |
| F OTHER:* | MOTOR VEHICLE INVOLVED WITH | N | N XING INTO OPPOSING LANE |
| G WIND | A NON-COLLISION | O | O PARKED |
| LIGHTING | B PEDESTRIAN | | P MERGING |
| A DAYLIGHT | C OTHER MOTOR VEHICLE | OTHER ASSOCIATED FACTOR(S) (MARK 1 TO 2 ITEMS) | Q TRAVELING WRONG WAY |
| B DUSK - DAWN | D MOTOR VEHICLE ON OTHER HIGHWAY | | R OTHER:* |
| C DARK - STREET LIGHTS | E PARKED MOTOR VEHICLE | A VC SECTION VIOLATION: | |
| D DARK - NO STREET LIGHTS | F TRAIN | | |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | G BICYCLE | B VC SECTION VIOLATION: | |
| | H ANIMAL: | | |
| ROADWAY SURFACE | I FIXED OBJECT: | | SOBRIETY - DRUG / PHYSICAL (MARK 1 TO 2 ITEMS) |
| A DRY | | | A HAD NOT BEEN DRINKING |
| B WET | J OTHER OBJECT: | | B HBD - UNDER INFLUENCE |
| C SNOWY - ICY | | | C HBD - NOT UNDER INFLUENCE* |
| D SLIPPERY (MUDDY, OILY, ETC.) | | E VISION OBSCUREMENT: | D HBD - IMPAIRMENT UNKNOWN* |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTIONS | F INATTENTION* | E UNDER DRUG INFLUENCE* |
| A HOLES, DEEP RUTS* | A NO PEDESTRIAN INVOLVED | G STOP & GO TRAFFIC | F IMPAIRMENT - PHYSICAL* |
| B LOOSE MATERIAL ON ROADWAY* | | H ENTERING / LEAVING RAMP | G IMPAIRMENT NOT KNOWN |
| C OBSTRUCTION ON ROADWAY* | B CROSSING IN CROSSWALK AT INTERSECTION | I PREVIOUS COLLISION | H NOT APPLICABLE |
| D CONSTRUCTION - REPAIR ZONE | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | J UNFAMILIAR WITH ROAD | I SLEEPY / FATIGUED* |
| E REDUCED ROADWAY WIDTH | | K DEFECTIVE VEH. EQUIP.: | |
| F FLOODED* | D CROSSING - NOT IN CROSSWALK | L UNINVOLVED VEHICLE | |
| G OTHER:* | E IN ROAD - INCLUDES SHOULDER | M OTHER:* | |
| H NO UNUSUAL CONDITIONS | F NOT IN ROAD | N NONE APPARENT: | |
| | G APPROACHING / LEAVING SCHOOL | O RUNAWAY VEHICLE | |

190   Destroy previous editions.   MM 6-7-08   c55503-3.frp

| DATE OF COLLISION | | | TIME (2400) | NCIC NUMBER | OFFICER I.D. | NUMBER | PAGE |
|---|---|---|---|---|---|---|---|
| MO. 6 | DAY 6 | YR. 08 | 1150 hrs | 1900 | 2879 | 08-18522 | 2 of 2 |

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

28.

| PREPARER'S NAME | I.D. NUMBER | MO. | DAY | YEAR | REVIEWER'S NAME | | MO. | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|---|
| K MEJIA | 2879 | 6 | 6 | 08 | 96 | 7208 | 6 | 6 | 08 |

**U.S. Citizenship and Immigration Services**

Home | Español | Site Map

Search [ Search ]

TOPICS     FORMS     RESOURCES     LAWS     NEWS

ABOUT US

## My Case Status

Para tener acceso a este sitio en Español, presione aquí

### Your Current Case Status for Form I90, APPLICATION TO REPLACE ALIEN REGISTRATION CARD

Enter your receipt number
MSC0780023170
[Check Status]

     

Acceptance   Initial Review   Request for Evidence   Testing and Interview   Decision   Post-Decision Activity   Document production or Oath Ceremony

Your Case Status:
Document production or Oath Ceremony

### Document production or Oath Ceremony

On March 10, 2009 we mailed the document to the address we have on file. You should receive the new document within 30 days. If you do not, or if you move before you get it, call customer service at 1-800-375-5283.

This step applies to applications that result in an applicant receiving a card (such as a green card) or other document (such as a naturalization certificate, refugee travel documents or advance parole). Applications will be in this step from the time the order to produce the card/document is given until the card/document is produced and mailed to the applicant. You can expect to receive your card/document within 30 days of the approval of your application.

You can register for automatic case status updates by email and text message by creating an account.

### Processing Times

1). Select a form type
[Select one...        ▼]
[Get Results]  [Reset]
How to calculate your cycle time

View national volumes and trends for all applications

Contact Us
Site Map (Index)
Careers at USCIS
Adobe PDF Reader
Windows Media Player

White House.gov
US Department of State
USA.gov

US Department of Homeland Security
US Customs & Border Patrol
US Immigration & Customs Enforcement

Freedom of Information Act (FOIA)
No FEAR Act
Website Policies
Privacy Policy



U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002

**U.S. Citizenship
and Immigration
Services**

SEP 14 2010

MAHMOUD MAHMOUD
PO BOX 2924
WEST COVINA, CA 91793

File:   MSC-07-800-23170

A#:   A070532464

Form: I-90

In RE:   MAHMOUD MAHMOUD

## Notice of Decision

Upon consideration, it is ordered that your Application to Replace Permanent Resident Card (Form I-90), filed on November 1, 2006 pursuant to Title 8, Code of Federal Regulations, Part 264.5, be denied for the following reason:

Title 8 Code of Federal Regulations, Part 264.5 (e)(1)(ii) states, in part, that:

> "An I-90 application filed . . . must include the prior Permanent Resident Card or other evidence of permanent residence or commuter status."

A search of Service indices, show that you are not a Permanent Resident of the United States. Your I-181, Memorandum of Creation of Record of Lawful Permanent Residence, was Admininstrative Closed on 06/11/2009, and there is no other evidence of adjustment of status.

Since there is no evidence of your permanent residence, you are ineligible to receive a replacement of a Permanent Resident Card. Therefore, your Form I-90, Application to Replace Permanent Resident Card cannot be approved and is hereby denied.

There is no appeal to this decision. However, you may file a motion to reopen on Form I-290B with the required fee, pursuant to 8 CFR 103.5. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. The motion to reopen must be filed with this office within 30 days of the date of this decision and may be sent to:

NATIONAL BENEFITS CENTER
c/o Chicago Lock Box
Post Office Box 7219
Chicago, IL 60680

This decision is without prejudice to consideration of subsequent applications filed with the U.S. Citizenship and Immigration Services.

Sincerely,

Robert M. Cowan
Director

RMC / LA-0095
File:   MSC-07-800-23170
A#:    A070532464

RAP SHEET PRINTOUT
TCN : A07053246420110216093
TSN : CA2011E0092792

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

CAINSWANZ                                  ICN E2011047000000107313

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

THIS RECORD IS SUBJECT TO THE
FOLLOWING USE AND DISSEMINATION RESTRICTIONS

     UNDER PROVISIONS SET FORTH IN TITLE 28, CODE OF FEDERAL
REGULATIONS (CFR), SECTION 50.12, BOTH GOVERNMENTAL AND NONGOVERNMENTAL
ENTITIES AUTHORIZED TO SUBMIT FINGERPRINTS AND RECEIVE FBI IDENTIFICATION
RECORDS MUST NOTIFY THE INDIVIDUALS FINGERPRINTED THAT THE FINGERPRINTS
WILL BE USED TO CHECK THE CRIMINAL HISTORY RECORDS OF THE FBI.
IDENTIFICATION RECORDS OBTAINED FROM THE FBI MAY BE USED SOLELY FOR
THE PURPOSE REQUESTED AND MAY NOT BE DISSEMINATED OUTSIDE THE RECEIVING
DEPARTMENT, RELATED AGENCY OR OTHER AUTHORIZED ENTITY.  IF THE INFORMATION
ON THE RECORD IS USED TO DISQUALIFY AN APPLICANT, THE OFFICIAL MAKING THE
DETERMINATION OF SUITABILITY FOR LICENSING OR EMPLOYMENT SHALL PROVIDE THE
APPLICANT THE OPPORTUNITY TO COMPLETE, OR CHALLENGE THE ACCURACY OF, THE
INFORMATION CONTAINED IN THE FBI IDENTIFICATION RECORD.  THE DECIDING
OFFICIAL SHOULD NOT DENY THE LICENSE OR EMPLOYMENT BASED ON THE
INFORMATION IN THE RECORD UNTIL THE APPLICANT HAS BEEN AFFORDED A
REASONABLE TIME TO CORRECT OR COMPLETE THE INFORMATION, OR HAS DECLINED TO
DO SO.  AN INDIVIDUAL SHOULD BE PRESUMED NOT GUILTY OF ANY CHARGE/ARREST
FOR WHICH THERE IS NO FINAL DISPOSITION STATED ON THE RECORD OR OTHERWISE
DETERMINED.  IF THE APPLICANT WISHES TO CORRECT THE RECORD AS IT APPEARS
IN THE FBI'S CJIS DIVISION RECORDS SYSTEM, THE APPLICANT SHOULD
BE ADVISED THAT THE PROCEDURES TO CHANGE, CORRECT OR UPDATE THE RECORD ARE
SET FORTH IN TITLE 28, CFR, SECTION 16.34.

                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.        DATE REQUESTED
MAHMOUD,MAHMOUD MOHAMED           208992WB3      2011/02/16

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W     1953/08/02  506     200     BRO   GRY

BIRTH PLACE
EGYPT

PATTERN CLASS                     CITIZENSHIP
RS RS RS RS RS WU LS LS LS LS     UNITED STATES
WU WU    WU WU       WU WU WU

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

CAINSWANZ                                    ICN E2011047000000107313
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-208992WB3

1-ARRESTED OR RECEIVED 2002/05/06  SID- CA22468299
    AGENCY-SHERIFF'S OFFICE NORWALK (CA0190000)
        AGENCY CASE-7272958
        CHARGE 1-001 COUNTS OF MFG/SELL COUNTERFEIT MARK
        CHARGE 2-001 COUNTS OF CONSPIRACY,COMMIT CRIME

    COURT-MUNICIPAL COURT PASADENA (CA019173J)
        CHARGE-350 A  1  PC-MFG SELL -1000 COUNTERFEIT REG MK
        SENTENCE-
        DISMISSED/FOJ/PLEA TO OTHER CHARGE
        CHARGE-350 A  2  PC-MFG SELL 1000  COUNTERFEIT REG MK
        SENTENCE-
        CONVICTED-PROB/JAIL                -003YR  PROBATION
        -180DS  JAIL
        -RED MISD/DISM 1203.4PC

2-ARRESTED OR RECEIVED 2003/03/18  SID- CA22468299
    AGENCY-SHERIFF'S OFFICE NORWALK (CA0190000)
        AGENCY CASE-7626586 NAME USED-MAHMOUD,MAHAMED
        CHARGE 1-001 COUNTS OF MFG/SEL 1000+ COUNTRFT MK

    COURT-SUPERIOR COURT LOS ANGELES (CA019293J)
        CHARGE-350 A  1  PC-MFG SELL -1000 COUNTERFEIT REG MK
        SENTENCE-
        DISMISSED
        CHARGE-350 A  2  PC-MFG SELL 1000  COUNTERFEIT REG MK
        SENTENCE-
        CONVICTED SENTENCE NOT REPORTED

        -REDUCED TO MISD/17PC

3-DATE OF APPLICATION 2011/02/16R (DATE FP)
    AGENCY-USINS-WAN LAGUNA NIGUEL (CAINSWANZ)
        AGENCY CASE-201102161243
        CIVIL PRINT - 02/16/2011

RECORD UPDATED 2011/02/16


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

**LOS ANGELES POLICE DEPARTMENT**
**TRAFFIC COLLISION INFORMATION**
04.37.00 (01/08)

IMPORTANT INFORMATION EXISTS ON THE BACK OF THIS FORM.
YOU ARE RESPONSIBLE FOR INFORMATION CONTAINED ON BOTH SIDES.

[X] A LOS ANGELES POLICE DEPARTMENT REPORT IS NOT REQUIRED. NO REPORT WILL BE TAKEN.
FOLLOW SECTION A AND B ON BACK.

[ ] A LOS ANGELES POLICE DEPARTMENT REPORT HAS BEEN TAKEN. FOLLOW SECTION A AND C ON BACK.

| Field | Value |
|---|---|
| COLLISION LOCATION | E/B LOS FELIZ BLVD, W/O HOBART BL |
| DATE AND TIME OF COLLISION | 12-15-11, 4:00 PM |
| DRIVER NAME | ADAM JACOB BARWICK |
| INSURANCE COMPANY AND POLICY NUMBER | HARTFORD INS. 72UECUM8899 |
| DRIVER ADDRESS | 2933 N. MOUNTAIN AVE |
| CITY | UPLAND, CA |
| ZIP CODE | 91784 |
| DRIVER LICENSE NUMBER | A8955615 |
| STATE | CA |
| BIRTHDATE | 12-22-13 |
| TELEPHONE | (909) 241-5999 |
| REGISTERED OWNER NAME | BARWICK ELECTRIC |
| [ ] SAME AS DRIVER | |
| INSURANCE COMPANY AND POLICY NUMBER | SAME |
| REGISTERED OWNER ADDRESS | 1570 HOWARD ACCESS RD STE D |
| [ ] SAME AS DRIVER | |
| CITY | UPLAND |
| STATE | CA |
| ZIP CODE | 91786 |
| VEHICLE YEAR AND MAKE | 2001 FORD |
| BODY TYPE | F450 TRK |
| COLOR(S) | WHT |
| LICENSE PLATE OR VIN | 6U22340 |
| STATE | |
| VEHICLE DAMAGE | MINOR |
| NUMBER KILLED OR INJURED | 0   0 |
| OFFICER | NORIEGA |
| DIV/DETAIL | RAMP 2A91 |
| SERIAL NUMBER | 40592 |