MAHMOUD MAHMOUD (Full Name)
396 CALIFORNIA AVE (Address Line 1)
WEST COVINA, CA 91793 (Address Line 2)
626-560-5161 (Phone Number)
PLAINTIFF in Pro Per
(indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MAHMOUD MAHMOUD,  )  Case No.: CV15-07763-GW KLS
                  )
     Plaintiff,   )
                  )  **PROOF OF SERVICE BY MAIL**
vs.               )
                  )
CORINNE LUNA, ET AL, )
                  )
                  )
                  )
                  )
     Defendant(s).)
                  )

I, MAHMOUD M. MAHMOUD, declare as follows:
(name of person serving documents)

My address is 396 SOUTH CALIFORNIA AVE #2924 WEST COVINA, CA 91793, which is located in the county where the mailing described below took place.

1
Pro Se Clinic Form          Proof of Service

On 1/26/2016, I served the document(s) described as:
(date of mailing)

(1) MEMORANDUM OF POINTS AND AUTHORITIES
(list the names of the documents you are mailing)
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

(2) NOTICE OF MOTION FOR SUMMARY JUDGMENT

(3) DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT

(4) REPLY AND OBJECTIONS TO 1/5/2016

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in WEST COVINA, CALIFORNIA
(city and state of mailing)

addressed to:

CORINNE LUNNA aiol (name)       MR. ROBERT COWAN (name)
300 N. LA LA (address)            300 N. LA LA (address)
CALIFORNIA 90012 (address)        CA, 90012 (address)
_____ (address)           _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JANUARY 2016 at WEST COVINA, CALIFORNIA
              (date)              (city and state of signing)

_____
(sign)

MAHMOUD MAHMOUD
(print name)