# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAHMOUD M. MAHMOUD,** | ) NO. CV 15-7763-GW (KS) |
| **Plaintiff,** | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND** |
| | ) **RECOMMENDATIONS OF UNITED** |
| **CORINNE LUNA, et al.,** | ) **STATES MAGISTRATE JUDGE** |
| **Defendants.** | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("Complaint"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\

\\

\\

1  Accordingly, IT IS ORDERED that: (1) the Complaint is DISMISSED; and (2)
2  Judgment shall be entered dismissing this action with prejudice.

4  DATED: March 15, 2016 _____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE