JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD M. MAHMOUD, | ) NO. CV 15-7763-GW(KLS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CORINNE LUNA, et al., | ) |
| Defendants. | ) |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 15, 2016

*/s/ George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1